17CP167191

# INDICTMENT

17CP167191

MC

Clerk No. 17SC153114

Schwall-EJ13

## FULTON SUPERIOR COURT

| | |
|---|---|
| THE STATE OF GEORGIA | 1  MURDER O.C.G.A. §16-5-1 |
| | 2  FELONY MURDER O.C.G.A. §16-5-1 |
| V. | 3  ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60 |
| KAMARA WHEELER | 4  ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60 |
| DA #: 17DA04031 | 5  ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60 |
| | 6  ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60 |

FILED IN OFFICE
JUL 14 2017
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

_True_ BILL

_July 14_, 20_17_

_____
Grand Jury Foreperson

PERSONID: 1590361

PAUL L. HOWARD, JR., District Attorney

| The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. |
|---|---|---|
| Defendant | Defendant | Defendant |
| Attorney for Defendant | Attorney for Defendant | Attorney for Defendant |
| Assistant District Attorney | Assistant District Attorney | Assistant District Attorney |
| This ___ day of _____, ____ | This ___ day of _____, ____ | This ___ day of _____, ____ |

## STATE OF GEORGIA, COUNTY OF FULTON

## IN THE SUPERIOR COURT OF SAID COUNTY

**THE GRAND JURORS,** selected, chosen and sworn for the County of Fulton, to wit:

| | | |
|---|---|---|
| 1. | Brian Casner, Foreperson | 14. Mock, Envie |
| 2. | Lee Freeman, Asst. Foreperson | 15. Morris, Steve |
| 3. | Dana Sample, Secretary | 16. Phillips, Ralph |
| 4. | Rachel Farmer, Asst. Secretary | 17. Phillips, Tyler |
| 5. | Bolich, Ken | 18. Reeves, John |
| 6. | Chalk, Robin | 19. Rigby, Coleman |
| 7. | ~~Clark, Sharon~~ | 20. Robinson, Dana |
| 8. | Farrell, Rochell | 21. Stishanok, Aleksey |
| 9. | Grooms, Yvonne | 22. Sullivan, William |
| 10. | Haugabrook, Sidney | 23. Wyette, Tim |
| 11. | Lapworth, Paul | 24. ~~Adams, Michael – ALT 1~~ |
| 12. | ~~Liang, Kuo-Chen~~ | 25. ~~Belson, Quivina – ALT 2~~ |
| 13. | Linnihan, Susan | 26. ~~Misduser, Susan – ALT 3~~ |

in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **MURDER O.C.G.A. §16-5-1,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully and with malice aforethought, cause the death of George Hughes, a human being, by burning him** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 2 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **FELONY MURDER O.C.G.A. §16-5-1,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully during the commission of a felony, to wit: Arson in the First Degree, cause the death of George Hughes, a human being, as alleged in Count 3** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 3 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully, by means of fire, knowingly damage Apartment I5-B, of Venetian Hill Apartments, Atlanta, the dwelling house of George Hughes, under circumstances that it was reasonably foreseeable that human life might be endangered** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 4 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully, by means of fire, knowingly damage Apartment I5-A, located within Venetian Hill Apartments, Atlanta, the dwelling house of Darnell Rivers, without the consent of said victim** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 5 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully, by means of fire, knowingly damage Apartment I5-C, located within Venetian Hill Apartments, Atlanta, the dwelling house of Roger Liddell, without the consent of said victim** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 6 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully, by means of fire, knowingly damage Apartment I5-D, located within Venetian Hill Apartments, Atlanta, the dwelling house of Larry Burnett, without the consent of said victim** -contrary to the laws of said State, the good order, peace and dignity thereof.

**PAUL L. HOWARD, JR., District Attorney**

**Related Clerk No: 17CP167191**

Complaint #: 170740539

| Defendant | DA # | Booking | Race | Sex | Birthdate | OTN | Agency |
|---|---|---|---|---|---|---|---|
| WHEELER, KAMARA | 17DA04031 | | Black | Female | 10/03/1982 | | |

# WITNESS LIST

Michael Ruff
Amber Wallace
Jesse Wargo Worley
Christina A. Fields-Zinna
ATTN: Georgia Bureau Of Investigation - DoFS
3121 Panthersville RD
Decatur GA 30034-3830

Ryan David Mccormick, M.D.
ATTN: Office Of The Fulton County Medical Examiner
430 Pryor ST SW
Atlanta GA 30312-2716

CORY WILKERSON - Atlanta Fire Rescue Department

SCOTT POWELL - Atlanta Fire Rescue Department

E. BELL - Atlanta Fire Rescue Department 08738

C. BLOCK - Atlanta Fire Rescue Department 8737

M. BROOKS - Atlanta Police Department 5629

T. BROWN - Atlanta Police Department 6081

T. CASEY - Atlanta Police Department 3081

J. CUTRER - Atlanta Fire Rescue Department 8739

C. HERBERT - Atlanta Police Department 2371

J. OLIVER - Atlanta Fire Department 1

V. PENA BARRIENTOS - Atlanta Police Department 6351

E. TEAGUE - Atlanta Police Department 1257

D. SMITH - Atlanta Police Department 4206

C. THOMAS - Atlanta Police Department 4787

J. THORPE - Atlanta Police Department 1396

J. WHITEHEAD - Atlanta Police Department 3986