Fulton County Superior Court
***EFILED***LO
Date: 3/31/2021 1:22 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **STATE OF GEORGIA** | **CLERK NO.: 19SC165334** |
| v. | |
| **KAMARA WHEELER** | **HON. PAIGE REESE WHITAKER** |

### ORDER OF NOLLE PROSEQUI

Upon motion of the State, showing the following:

1.

Defendant pleaded guilty to Indictment #16SC146855 and Indictment #17SC153114 on March 31, 2021 and received a global negotiated sentence of twenty five years to serve twenty in confinement and the balance on probation.

2.

Per the negotiations, if the Defendant admitted guilt to the aforementioned indictments, State agreed not to pursue prosecution of this matter.

3.

WHEREFORE, in the interest of justice, the State's request for an order of *nolle prossequi* pursuant to OCGA §17-8-3 is hereby granted for the above-captioned case.

This the   31st   day of March, 2021.

_____
HON. PAIGE REESE WHITAKER
Fulton County Superior Court
Atlanta Judicial Circuit

Prepared by: */s/ Jeremy Dailey*
Jeremy Dailey
Assistant District Attorney
Fulton County District Attorney's Office