# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                           CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBIT 1 OF THE COMPLAINT

This cause came before the Court on Plaintiff KINSALE INSURANCE COMPANY's Motion to Seal Exhibit 1 of the Complaint. Having reviewed the motion and being otherwise advised in its premises, it is hereby:

**ORDERED and ADJUDGED** as follows:

1.     The Motion is **GRANTED**.

2.     Exhibit "1" of the complaint [DE 1-1] shall be sealed.

DONE AND ORDERED in Chambers in Atlanta, Georgia this ___ day of August, 2021.

_____
HON. LEIGH MARTIN MAY
United States District Court Judge