## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### District of Georgia

Case Number: 1:21-CV-03214-LMM

Plaintiff: **KINSALE INSURANCE COMPANY**
vs.
Defendant: **VENETIAN HILLS APARTMENTS, LLC, JOHN MAUGHAN, and MARIE HUGHES,** as Authorized Administrator for the Estate of **GEORGE HUGHES,**

For:
JUNAID N. SAVANI, ESQ.
CLYDE & CO
1221 BRICKELL AVENUE
SUITE 1600
MIAMI, FL 33131

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 17th day of August, 2021 at 10:45 am to be served on **MARIE HUGHES, 1323 NORTHVIEW AVENUE NE, ATLANTA, GA 30306**.

I, CHRIS STANTON, do hereby affirm that on the **20th day of August, 2021** at **2:20 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES WITH EXHIBITS**, with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to, **MARIE HUGHES** and who is over the age of 15, at the address of **1323 NORTHVIEW AVENUE NE, ATLANTA, GA 30306**, the defendant/witness usual place of abode and informed said person of the contents therein, in compliance with State Statutes

I certify that I am over the age of 18, have no interest in the above action, and am authorized to effect civil process in the jurisdiction where process was made. Under penalty of perjury, I declare the facts contained herein are true and correct.

_____
CHRIS STANTON
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2021002182
Ref: 12575

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b