# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                    CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## MOTION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANT MARIE HUGHES

    KINSALE INSURANCE COMPANY ("Kinsale"), pursuant to Fed. R. Civ. P. 55(a), applies to the Clerk of this Court to enter a default against defendant MARIE HUGHES as Authorized Administrator for the Estate of GEORGE HUGHES ("Marie Hughes"), and states:

    1.    On August 20, 2021, Kinsale affected service of its complaint on Marie Hughes [*See* DE 8].

    2.    Accordingly, Marie Hughes deadline to respond to the complaint was September 10, 2021.

3. Marie Hughes failed to answer the complaint, failed to respond to the complaint, and failed to otherwise appear within the time allotted by the Federal Rules of Civil Procedure.

4. Kinsale accordingly requests that the Clerk of this Court enter a default against defendant Marie Hughes pursuant to Fed. R. Civ. P. 55(a). A proposed entry of default is attached as Exhibit "A."

Respectfully submitted,

s/JUNAID N. SAVANI
**SINA BAHADORAN**
sina.bahadoran@clydeco.us
Florida Bar No. 523364
**JUNAID N. SAVANI**
Florida Bar No. 88816
junaid.savani@clydeco.us

Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
T: 305.446.2646

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2021, I e-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

s/JUNAID N. SAVANI
**JUNAID N. SAVANI**