# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                 CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against defendant MARIE HUGHES as Authorized Administrator for the Estate of GEORGE HUGHES, in Atlanta, Georgia on this ____ day of _____, 2021.

 

_____
CLERK OF COURT

Copies furnished to counsel of record