# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                         CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.

_____/

## MOTION TO VACATE ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANT MARIE HUGHES

KINSALE INSURANCE COMPANY ("Kinsale") moves to vacate the default entered by the Clerk of this Court against defendant MARIE HUGHES as Authorized Administrator for the Estate of GEORGE HUGHES ("Marie Hughes"), and in support, states:

1. On August 20, 2021, Kinsale believed it had affected service of its complaint on Marie Hughes [*See* DE 8].

2. Accordingly, Kinsale believed Marie Hughes's deadline to respond to the complaint was September 10, 2021.

3. Based on its belief, on September 11, 2021, Kinsale filed a motion for entry of a clerk's default against Marie Hughes [DE 10].

4. Based on Kinsale's motion, the clerk entered a default against Marie Hughes on September 13, 2021.

5. After the default was entered, Kinsale was contacted by Marie Hughes's counsel. Counsel explained that Marie Hughes had in fact not been served with process and that she did not reside at the address listed on the summons.

6. Counsel for Marie Hughes, however, agreed to execute a waiver of service on behalf of his client. To that end, the executed waiver of summons is attached as Exhibit "A."

7. Counsel for Marie Hughes further advised he is securing a declaration from his client confirming that she was not served. Kinsale will file the declaration once received.

8. Because it appears the Marie Hughes named in this action was not served with the complaint on August 20, 2021, Kinsale respectfully asks that the clerk's default be vacated.

9. Kinsale will proceed to file the executed waiver of service executed by the named Marie Hughes.

WHEREFORE, Kinsale respectfully requests the clerk's default entered against Marie Hughes be vacated, and that the Court grant any additional relief deemed just and proper.

> Respectfully submitted,
>
> s/JUNAID N. SAVANI
> **SINA BAHADORAN**
> sina.bahadoran@clydeco.us
> Florida Bar No. 523364
> **JUNAID N. SAVANI**
> Florida Bar No. 88816
> junaid.savani@clydeco.us
>
> Clyde & Co US LLP
> 1221 Brickell Avenue
> Suite 1600
> Miami, Florida 33131
> T: 305.446.2646

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2021, I e-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

> s/JUNAID N. SAVANI
> **JUNAID N. SAVANI**