IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>VENETIAN HILLS APARTMENTS, LLC, JOHN MAUGHAN, and MARIE HUGHES, as Authorized Administrator For the Estate of GEORGE HUGHES<br><br>  Defendants. | CIVIL ACTION FILE<br>NO.: 1:21-cv-03214-LMM |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Jeff P. Shiver of Shiver Hamilton, LLC and enters his appearance as counsel for Defendant Marie Hughes, as authorized Administrator for the Estate of George Hughes, in the above-styled action.  Mr. Shiver is admitted or otherwise authorized to practice in this Court.

Respectfully submitted this 23rd day of November, 2021.

**SHIVER HAMILTON, LLC**

*/s/ Jeff P. Shiver*
JEFF P. SHIVER
Georgia Bar No. 001303
*Attorney for Defendant Marie Hughes as*

- 1 -

        *Authorized Administrator for the Estate of George Hughes*

3490 Piedmont Road
Suite 640
Atlanta, Georgia  30305
(404) 593-0020 - Telephone
(888) 501-9536 – Facsimile
jeff@shiverhamilton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the within and foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and/or mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

| | |
|---|---|
| Junaid N. Savani, Esq.<br>Clyde & Co., US LLP-FL<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, Florida 33131<br>Junaid.savani@clydeco.us | Matthew G. Moffett, Esq.<br>Matthew R. Del Campo, Esq.<br>Gray, Rust, St. Amand, Moffett &<br>Brieske, LLP<br>950 East Paces Ferry Road, NE<br>Suite 1700<br>Atlanta, GA 30326<br>mmoffett@grsmb.com<br>rdelcampo@grsmb.com |

Respectfully submitted this 23rd day of November, 2021.

**SHIVER HAMILTON, LLC**

*/s/ Jeff P. Shiver*
JEFF P. SHIVER
Georgia Bar No. 001303

3490 Piedmont Road, Suite 640
Atlanta, Georgia  30305