**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN HILLS APARTMENTS, LLC, JOHN MAUGHAN, and MARIE HUGHES, as Authorized Administrator For the Estate of GEORGE HUGHES<br><br>Defendants. | CIVIL ACTION FILE<br>NO.: 1:21-cv-03214-LMM |

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW Darrell W. Hinson, of Shiver Hamilton, LLC and enters his appearance as counsel for Defendant Marie Hughes, as authorized Administrator for the Estate of George Hughes, in the above-styled action. Mr. Hinson is admitted or otherwise authorized to practice in this Court.

Respectfully submitted this 23rd day of November, 2021.

**SHIVER HAMILTON, LLC**

*/s/ Darrell W. Hinson*
DARRELL W. HINSON
Georgia Bar No. 356789
*Attorney for Defendant Marie Hughes as*

*Authorized Administrator for the Estate of George Hughes*

3490 Piedmont Road
Suite 640
Atlanta, Georgia 30305
(404) 593-0020 - Telephone
(888) 501-9536 – Facsimile
darrell@shiverhamilton.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the within and foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and/or mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

Junaid N. Savani, Esq.
Clyde & Co., US LLP-FL
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
Junaid.savani@clydeco.us

Matthew G. Moffett, Esq.
Matthew R. Del Campo, Esq.
Gray, Rust, St. Amand, Moffett & Brieske, LLP
950 East Paces Ferry Road, NE
Suite 1700
Atlanta, GA 30326
mmoffett@grsmb.com
rdelcampo@grsmb.com

Respectfully submitted this 23rd day of November, 2021.

**SHIVER HAMILTON, LLC**

*/s/ Darrell W. Hinson*
DARRELL W. HINSON
Georgia Bar No. 356789

3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305