**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, LLC, JOHN MAUGHAN, and MARIE HUGHES, as Authorized Administrator for the Estate of GEORGE HUGHES, | ) ) ) ) | |
| | ) | |
| Defendants. | | |

**KINSALE INSURANCE COMPANY'S RULE 7.1 DISCLOSURES**

KINSALE INSURANCE COMPANY, pursuant to Fed. R. Civ. P. 7.1, files its corporate disclosure statement, and states:

**Kinsale Capital Group, Inc. ("KNSL") is a publicly held corporation that owns 100% of Kinsale Insurance Company.**

Respectfully submitted,

/s/ JUNAID N. SAVANI
**JUNAID N. SAVANI**
Georgia Bar No. 309992

Junaid.Savani@clydeco.us

CLYDE & CO US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374

## CERTIFICATE OF SERVICE

I CERTIFY that on November 23, 2021, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/JUNAID N. SAVANI
JUNAID N. SAVANI