**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, LLC, JOHN MAUGHAN, and MARIE HUGHES, as Authorized Administrator for the Estate of GEORGE HUGHES, | ) ) ) ) ) | |
| Defendants. | | |

**JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

COME NOW all parties to the above-styled action and present this preliminary report and discovery plan to the court as follows:

**1. Description of Case:**

**(a) Describe briefly the nature of this action.**

<u>Kinsale's Statement</u>: Kinsale filed this action for declaratory relief to establish there is no insurance coverage available to Venetian Hills Apartments, LLC ("Venetian Hills") or John Maughan under an insurance policy for an underlying lawsuit ("Underlying Lawsuit") by Marie Hughes, as authorized administrator for the Estate of George Hughes. Specifically,

# JOINT SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court assigns this case to a six-month discovery track. The Court also that the applicable time limits are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified by the following deadlines:

| Deadlines | Proposed date |
| --- | --- |
| Certification of interested persons and corporate disclosures | 11/24/2021* <br><br> *Defendant Hughes has waived service under Rule 4(d) and will make her certificate of interested persons within thirty (30) days after her appearance by answer or motion. |
| Parties' initial disclosures under Rule 26(a) | 12/12/2021* <br><br> *Defendant Hughes has waived service under Rule 4(d) and will make her initial disclosures under LR 26.1 within thirty (30) days after her appearance by answer or motion. |
| Amendments to the pleadings | 12/23/2021* <br><br> *Defendant Hughes has waived service under Rule 4(d), has not yet filed any pleading, and preserves the right to amend her pleadings in accordance with Fed.R.Civ.P. 15. |

| Motions to compel | Motions to compel are only allowed consistent with the Court's Standing Order |
|---|---|
| Close of discovery | 05/24/2022 |
| Summary Judgment Motions | 06/23/2022 |
| Motions Objecting to Expert Testimony: | No later than thirty (30) days after 06/23/2022, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later |
| Proposed pretrial order | No later than thirty (30) days after 06/23/2022, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later |

**DONE AND ORDERED** on the 23rd of November, 2021.

_____
**LEIGH MARTIN MAY**
**UNITED STATES DISTRICT JUDGE**