# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 1:21-cv-03214-LMM |

## DEFENDANTS VENETIAN HILLS APARTMENTS, LLC AND JOHN MAUGHAN'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1, Defendants Venetian Hills Apartments, LLC and John Maughan, (these "Defendants"), hereby submits their Initial Disclosures. These Defendants expressly reserve all of the protections afforded by the attorney-client privilege, the work product doctrine, and the self-critical analysis privilege. The disclosures set forth herein are based upon the knowledge and documents within the possession, custody, and control of these Defendants at this time. Defendants are still investigating Plaintiff's claims as pled in its Complaint. To the extent these Defendants learn of relevant information, witnesses and/or documents after the

filing of these disclosures, Defendants reserve the right to supplement their answers either by way of amendment or via its responses to Plaintiff's interrogatories, document requests, and/or through deposition testimony.

## **FRCP 26 Disclosures**

**(1)** If the defendant is improperly identified, state defendants' correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

**Response:**

Not applicable.

**(2)** Provide the names of any parties whom defendant contends are necessary parties to this action, but who has not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**Response:**

Not applicable.

**(3)** Provide a detailed factual basis for the defense or defenses and any counterclaims or cross-claims asserted by defendant in the responsive pleading.

**Response:**

Plaintiff is attempting to avoid its contractual obligations to indemnify these Defendants pursuant to the liability insurance policy it issued. The exclusions upon which Plaintiff relies are without basis in fact or law. Plaintiff owes its insureds, such as these Defendants, a duty to protect their interests and is failing to do so by filing this declaratory judgment action. Furthermore, this action is not ripe for resolution because the underlying lawsuit has not yet been concluded and there are crucial questions of fact and law outstanding.

**(4)** Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendants contends are applicable to this action.

**Response:**

- 28 U.S.C. § 2201 *et seq.*;
- O.C.G.A. § 13-2-2;
- O.C.G.A. § 33-4-6;
- *National Cas. Co. v. Georgia. Sch. Bds. Ass'n Risk Mgmt. Fund*, 304 Ga. 224 (2018);
- *Tifton Mach. Works, Inc. v. Colony Ins. Co.*, 224 Ga App. 19 (1996);
- *State Farm v. Seeba*, 209 Ga. App. 328 (1992);
- *Nationwide Mut. Fire Ins. Co. v. Kim*, 294 Ga. App. 548 (2008);

- *Grain Dealers Mut. Ins. Co. v. Pat's Rentals, Inc.*, 228 Ga. App. 854 (1997);
- *Nationwide Mut. Fire Ins. Co. v. Somers*, 264 Ga. App. 421 (2003);
- *Georgia Farm Bureau Mut. Ins. Co. v. Smith*, 298 Ga. 716 (2016); and
- *Camacho v. Nationwide Mut. Ins. Co.*, 188 F. Supp. 3d 1331 (N.D. Ga. 2016).

These Defendants specifically reserve the right to revise or supplement this list throughout the course of this litigation.

**(5)** Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support you claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

    **Response:  See Attachment A**.

**(6)** Provide the name of any person who may be used at trial to present evidence under rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provision of that rule. (Attach expert witness list to Initial Disclosures as Attachment B.)

    **Response:  See Attachment B.**

**(7)**     Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**Response:   See Attachment C – listing of and collection of documents.**

**(8)**     In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injured suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P.34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**Response:   See Attachment D - Defendants' Damages.**

**(9)**     If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendants in this matter, state the full name, address and telephone number of such person or entity and describe in detail the basis of such liability.

**Response:   None known at this time.**

**(10)** Attach for inspection and copying as under Fed.R.Civ.P 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**Response:** **See Attachment E – Insurance Agreement.**

Respectfully submitted this  10th  day of  December , 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**          */s/ M.Ryan Del Campo*
950 East Paces Ferry Road, N.E.          Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta     Georgia State Bar No.: 515323
Atlanta, Georgia 30326                    M. Ryan Del Campo
Telephone: (404) 870-1064                 Georgia State Bar No.: 384618
Facsimile: (404) 870-1030                 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing ***DEFENDANTS VENETIAN HILLS APARTMENTS, LLC AND JOHN MAUGHAN'S INITIAL DISCLOSURES*** with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

| | |
|---|---|
| **Junaid N. Savani, Esq.** | **Jeff P. Shiver, Esq.** |
| CLYDE & CO US LLP | Shiver Hamilton, LLC |
| 1221 Brickell Avenue | One Securities Centre |
| Suite 1600 | 3490 Piedmont Rd NE |
| Miami, FL 33131 | Suite 640 |
| | Atlanta, GA 30305 |

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this   10th   day of   December  , 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**          */s/ M.Ryan Del Campo*
950 East Paces Ferry Road, N.E.           Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta     Georgia State Bar No.:  515323
Atlanta, Georgia 30326                    M. Ryan Del Campo
Telephone:  (404) 870-1064                Georgia State Bar No.: 384618
Facsimile:   (404) 870-1030               *Attorneys for Defendants*

# ATTACHMENT A

## Individuals Likely to Have Discoverable Information

- Plaintiff Kinsale underwriting personnel;
- Plaintiff Kinsale claims handlers and managers;
- Marie Hughes;
- Kamara Wheeler;
- John Maughan;
- All witnesses identified by Plaintiff;
- All witnesses identified by Defendant Hughes; and
- All witnesses identified on any pleading, document production, written discovery responses, third-party document, and/or deposition transcript (including exhibits and attachments thereto) in the underlying lawsuit.

These Defendants reserve the right to amend and/or supplement their response as discovery continues.

## ATTACHMENT B

## Expert Witness List

None at this time. Defendants reserve the right to disclose an expert witness in accordance with the Federal Rules of Civil Procedure if and when the determination is made that an expert will be utilized.

## ATTACHMENT C

### Documents

1. All pleadings, briefs and other documents on file or to be filed with the Court;

2. Kinsale Commercial General Liability insurance policy no. 0100040031-0, issued to named insured Venetian Hills Apartments with effective period 6/22/16 to 6/22/17;

3. All pleadings, document productions, written discovery responses, third-party documents, and/or deposition transcripts (including exhibits and attachments thereto) in the underlying lawsuit;

4. Any and all documents listed in Plaintiff's Initial Disclosures;

Defendant reserves the right to amend and/or supplement its responses as discovery continues.

## ATTACHMENT D

## Defendants' Damages

These Defendants are not currently claiming entitlement to any damages from Plaintiff, but reserve the right to do so at a later date, including without limitation the assertion of a claim for attorney's fees and costs as relates to this litigation.

## ATTACHMENT E

## Insurance Agreement

These Defendants stipulate that all pertinent portions of the insurance policy at issue in this litigation, as known to these Defendants at this time, were correctly attached as Exhibit 6 to Plaintiff's Complaint.  No other insurance is available to these Defendants as relates to this declaratory judgment action.