IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:21-cv-03214-LMM |
| v. ) | |
| ) | |
| VENETIAN HILLS APARTMENTS, ) | |
| LLC, JOHN MAUGHAN, and MARIE ) | |
| HUGHES, as Authorized Administrator ) | |
| for the Estate of GEORGE HUGHES, ) | |
| ) | |
| Defendants. | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendants Venetian Hills Apartments, LLC and John Maughan, and pursuant to Federal Rule 7.1, and hereby files its *Certificate of Interested Persons and Corporate Disclosure Statement*, showing this Honorable Court as follows:

(1) the undersigned certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a) Kinsale Insurance Company, a wholly-owned subsidiary of Kinsale Capital Group, Inc.;

  (b) Venetian Hills Apartments, LLC;

  (c) John Maughan; and

  (d) Marie Hughes, as Authorized Administrator for the Estate of George Hughes.

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  a) Junaid N. Savani, Esq.;

  b) Clyde & Co US LLP;

  c) Jeff P. Shiver;

  d) Darrell W. Hinson;

  e) Kyle Jackson;

  f) Shiver Hamilton, LLC;

  g) Marie Hughes, as Authorized Administrator for the Estate of George Hughes; and

  h) Any other individual or entity with a financial interest in the outcome of the trial.

(3)  The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a) Junaid N. Savani, Esq. (counsel for Plaintiff);

b) Matthew G. Moffett, Esq. (lead counsel for Defendants Venetian Hills Apartments, LLC and John Maughan);

c) M. Ryan Del Campo, Esq. (co-counsel for Defendants Venetian Hills Apartments, LLC and John Maughan);

d) Jeff P. Shiver, Esq. (counsel for Defendant Marie Hughes) and,

e) Darrell W. Hinson (counsel for Defendant Marie Hughes).

Respectfully submitted this 10th day of December, 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-1064
Facsimile: (404) 870-1030

/s/ M. Ryan Del Campo
Matthew G. Moffett
Georgia State Bar No.: 515323
M. Ryan Del Campo
Georgia State Bar No.: 384618
*Attorneys for Defendants Venetian Hills and John Maughan*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing *CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT* with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

|  |  |
|---|---|
| **Junaid N. Savani, Esq.**<br>CLYDE & CO US LLP<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, FL 33131 | **Jeff P. Shiver, Esq.**<br>Shiver Hamilton, LLC<br>One Securities Centre<br>3490 Piedmont Rd NE<br>Suite 640<br>Atlanta, GA 30305 |

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

Dated this   10th   day of   December  , 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**            */s/ M. Ryan Del Campo*
950 East Paces Ferry Road, N.E.          Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta    Georgia State Bar No.:  515323
Atlanta, Georgia 30326                   M. Ryan Del Campo
Telephone:  (404) 870-1064               Georgia State Bar No.: 384618
Facsimile:    (404) 870-1030             *Attorneys for Defendants Venetian Hills and John Maughan*