IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:21-cv-03214-LMM |
| | : | |
| VENETIAN HILLS APARTMENTS, | : | |
| LLC; JOHN MAUGHAN; and | : | |
| MARIE HUGHES, *as administrator* | : | |
| *of the estate of* George Hughes, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This case comes before the Court on Plaintiff's motion to vacate default. Dkt. No. [13]. Because no opposition to the motion has been filed and for good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to **VACATE** the entry of default against Defendant Marie Hughes.

**IT IS SO ORDERED** this 21st day of December, 2021.

_____
**Leigh Martin May**
**United States District Judge**