**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | **UNOPPOSED MOTION** |
| VENETIAN HILLS APARTMENTS, LLC, JOHN MAUGHAN, and MARIE HUGHES, as Authorized Administrator for the Estate of GEORGE HUGHES, | ) ) ) ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONSE TO MOTION TO DISMISS OR STAY PROCEEDINGS**

Plaintiff, KINSALE INSURANCE COMPANY ("Kinsale"), files this unopposed motion for a final 5-day extension of time until January 18, 2022 to file a response to motion to dismiss or stay proceedings by Defendant MARIE HUGHES (ECF No. 27), and states:

1.   Kinsale filed this action for declaratory relief to establish there is no insurance coverage available to Venetian Hills Apartments, LLC ("Venetian Hills") or John Maughan under an insurance policy for an underlying lawsuit ("Underlying Lawsuit") by Marie Hughes, as authorized administrator for the Estate of George Hughes.

2. On December 23, 2021, Hughes filed a motion to dismiss Kinsale's complaint or to stay these proceedings (the "Motion"). (ECF No. 27.)

3. On December 30, 2021, the Court entered an order granting Kinsale's unopposed motion for a brief 10-day extension for Kinsale's response in opposition to the Motion until January 13, 2022. (ECF Nos. 28, 29.)

4. Despite the diligence of Kinsale's counsel, Kinsale requires additional time to prepare its response to the Motion. Specifically, Kinsale seeks a final 5-day extension until January 18, 2022.

5. Undersigned counsel respectfully submits there is good cause for both extensions for several different reasons. *First*, this motion only requests a brief, 5-day extension. Even including Kinsale's prior motion for extension, Kinsale has only asked the Court for 15 additional days for its response to the Motion despite extenuating circumstances, such as the undersigned's recovery from a medical procedure around the time of Kinsale's first motion for extension. *Second*, undersigned counsel's preparation time has also been reduced by pre-existing travel plans for the holidays. *Third*, undersigned's client requires additional time to review and approve the response because of conflicting obligations and deadlines.

6. Given the convergence of circumstances, undersigned submits that this brief extension of time is justified. *See Perez v. Wells Fargo N.A.*, 774 F.3d 1329,

1332 (11th Cir. 2014) (observing that reasonable extensions of time are justified because of the Eleventh Circuit's "strong preference for deciding cases on the merits"). This request is made in good faith and not for purpose of delay.

7.  Undersigned counsel conferred with counsel for Hughes who does not oppose this extension of time.

## **CONCLUSION**

Kinsale respectfully requests the Court enter an order granting Kinsale an extension until January 18, 2022 to file its response in opposition to Hughes's motion to dismiss or stay proceedings (ECF No. 27), and for such other relief this Court deems equitable, just, and proper. Attached as Exhibit "A" is a proposed order.

Respectfully submitted,

/s/ ANDRES CORDOVA
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

CLYDE & CO US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
*Counsel for Kinsale Insurance Company*

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Times New Roman 14-point font.

/s/ANDRES CORDOVA
ANDRES CORDOVA

## **CERTIFICATE OF SERVICE**

I CERTIFY that on January 13, 2022, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
ANDRES CORDOVA
