# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                             CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

This cause came before the Court on Plaintiff KINSALE INSURANCE COMPANY's Unopposed Motion for Extension of Time for Response to Motion to Dismiss or Stay Proceedings. Having reviewed the motion and being otherwise advised in its premises, it is hereby:

**ORDERED and ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. Kinsale shall file a response to the motion to dismiss or stay proceedings by Defendant Marie Hughes (ECF No. 27) on or before January 18, 2022.

DONE AND ORDERED in Chambers in Atlanta, Georgia this ___ day of January, 2022.

_____
HON. LEIGH MARTIN MAY
United States District Court Judge