# EXHIBIT

# A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                                                          CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## ORDER DENYING DEFENDANT MARIE HUGHES'S MOTION TO DISMISS OR STAY PROCEEDINGS

This cause came before the Court on Defendant Marie Hughes's Motion to Dismiss or Stay Proceedings (ECF No. 27). Having reviewed the motion and being otherwise advised in its premises, it is hereby:

**ORDERED and ADJUDGED** as follows:

1.    The motion is **DENIED**.

DONE AND ORDERED in Chambers in Atlanta, Georgia this ___ day of _____, 2022.

                                                               _____
                                                                HON. LEIGH MARTIN MAY
                                                                United States District Court Judge