**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, | ) | |
| LLC, JOHN MAUGHAN, and MARIE | ) | |
| HUGHES, as Authorized Administrator | ) | |
| for the Estate of GEORGE HUGHES, | ) | |
| | ) | |
| Defendants. | | |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, ***Defendant Hughes's First Interrogatories and First Request for Production of Documents to Plaintiff Kinsale Insurance Company*** were served upon all counsel of record by United States Mail.

I FURTHER CERTIFY that I electronically filed the within and foregoing Rule 5.4 Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Junaid N. Savani, Esq.
Andres Cordova, Esq.
Clyde & Co. US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131

Matthew G. Moffett, Esq.
Matthew R. Del Campo, Esq.
Gray, Rust, St. Amand, Moffett &
Brieske, LLP
950 East Paces Ferry Road, NE
Suite 1700
Atlanta, GA 30326

Respectfully submitted this 4th day of February, 2022.

**SHIVER HAMILTON, LLC**

*/s/ Darrell W. Hinson*
DARRELL W. HINSON
Georgia Bar No. 356789
darrell@shiverhamilton.com

3490 Piedmont Road,
Suite 640
Atlanta, Georgia  30305