# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> <u>1:21-cv-03214-LMM</u> |

## NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM

Notice is hereby given that on February 16, 2022, the attached subpoena, to All Risks Specialty, LLC f/k/a All Risks, LTD, to produce documents, information, or objects or permit inspection of premises in a civil action was issued by Defendant Maire Hughes, as Authorized Administrator for the Estate of George Hughes pursuant to Fed. R. Civ. P. 45.

Respectfully submitted this 16th day of February, 2022

                                                **SHIVER HAMILTON, LLC**

                                                */s/ Darrell W.Hinson*
                                                JEFF P. SHIVER
                                                Georgia Bar No. 001303

                                                DARRELL W. HINSON
                                                Georgia Bar No. 356789

                                                *Attorneys for Defendant Marie Hughes as*
                                                *Authorized Administrator for the Estate of*
                                                *George Hughes*

3490 Piedmont Road
Suite 640
Atlanta, Georgia  30305
(404) 593-0020 - Telephone
(888) 501-9536 – Facsimile
jeff@shiverhamilton.com
darrell@shiverhamilton.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2022, I electronically filed the foregoing **NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM** with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to all counsel of record.

                                                  **SHIVER HAMILTON, LLC**

                                                  */s/ Darrell W. Hinson*
                                                  DARRELL W. HINSON
                                                  Georgia Bar No. 356789

                                                  *Attorney for Defendant Marie Hughes as Authorized Administrator for the Estate of George Hughes*

3490 Piedmont Road
Suite 640
Atlanta, Georgia  30305
(404) 593-0020 - Telephone
(888) 501-9536 – Facsimile
darrell@shiverhamilton.com