# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:21-cv-03214-LMM |
| v. ) | |
| ) | |
| VENETIAN HILLS APARTMENTS, ) | |
| LLC, JOHN MAUGHAN, and MARIE ) | |
| HUGHES, as Authorized Administrator ) | |
| for the Estate of GEORGE HUGHES, ) | |
| ) | |
| Defendants. | |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I served the following discovery by Kinsale Insurance Company: (a) First Request for Production to Marie Hughes; (b) First Set of Interrogatories to Marie Hughes; (c) First Request for Production to Venetian Hills Apartments LLC and John Maughan; and (d) First Set of Interrogatories to Venetian Hills Apartments LLC and John Maughan. I further certify the preceding documents were served via email to the following attorneys of record:

    Matthew G. Moffett, Esq.
    M. Ryan Del Campo, Esq.
    GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
    1700 Atlanta Plaza
    950 East Paces Ferry Road
    Atlanta, Georgia 30326
    Telephone: (404) 870-7373

Facsimile: (404) 870-1030
Email: mmoffett@grsmb.com
Email: rdelcampo@grsmb.com
*Counsel for Venetian Hills Apartments LLC, John Maughan*

Jeff P. Shiver, Esq.
Darrell W. Hinson, Esq.
SHIVER HAMILTON, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 476-6516
Facsimile: (877) 256-4087
Email: jeff@shiverhamilton.com
Email: darrell@shiverhamilton.com
*Counsel for Marie Hughes*

    Respectfully submitted,

    /s/ ANDRES CORDOVA
    Andres Cordova
    Florida Bar No. 0118147
    andres.cordova@clydeco.us
    *Admitted Pro Hac Vice*

    CLYDE & CO US LLP
    1221 Brickell Avenue
    Suite 1600
    Miami, Florida 33131
    Telephone: (305) 446-2646
    Fax: (305) 441-2374
    *Counsel for Kinsale Insurance Company*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on April 12, 2022, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

    /s/ANDRES CORDOVA

ANDRES CORDOVA