GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.
ATTORNEYS AT LAW
950 EAST PACES FERRY ROAD, N.E.
SUITE 1700 – SALESFORCE TOWER ATLANTA
ATLANTA, GEORGIA 30326
(404) 870-7390 (Telephone)
(404) 870-7374 (Facsimile)
mmoffett@grsmb.com (E-mail)

April 13, 2022

Honorable Leigh Martin May
ATTN: Brittany Poley, Courtroom Deputy Clerk
2167 United States Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

      Re:    Kinsale Insurance Company v. Venetian Hills Apartments, LLC, et al.
               USDC N.D.G.A. Civil Action File No. 1:21-cv-03214-LMM

Dear Ms. Poley:

      Pursuant to Local Rule 83.1E(3), regarding leaves of absence for less than 21 days, the undersigned, as lead counsel in the above-referenced matter, respectfully requests that this case not be calendared during the periods set forth below as I will be away from the practice of law during this time.

| May 20, 2022; | May 30-31, 2022; | August 15-18, 2022; and |
| May 23-26, 2022; | August 4-5, 2022; | August 22-24, 2022. |
|  | August 8-11, 2022; |  |

                                      Very truly yours,

                                      */s/ Matthew G. Moffett*
                                      Matthew G. Moffett
                                      Georgia Bar No. 515323

cc:    Counsel of Record, via CM/ECF