# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 1:21-cv-03214-LMM |

## DEFENDANTS VENETIAN HILLS APARTMENTS, LLC AND JOHN MAUGHAN'S RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

COMES NOW Defendants Venetian Hills Apartments, LLC and John Maughan, and pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and provides notice that attorneys of record were served with the following discovery materials:

1. **Defendants Venetian Hills Apartments, LLC and John Maughan's Responses and Objections to Plaintiff's Interrogatories**
2. **Defendants Venetian Hills Apartments, LLC and John Maughan's Responses and Objections to Plaintiff's First Requests for Production**

Respectfully submitted this 20th day of May, 2022.

*[Signatures appear on next page]*

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-1064
Facsimile: (404) 870-1030

*/s/ Matthew G. Moffett*
Matthew G. Moffett
Georgia State Bar No.: 515323
M. Ryan Del Campo
Georgia State Bar No.: 384618
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that I have this day served the foregoing ***DEFENDANTS VENETIAN HILLS APARTMENTS, LLC AND JOHN MAUGHAN'S RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL*** with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

| | |
|---|---|
| **Junaid N. Savani, Esq.** | **Jeff P. Shiver, Esq.** |
| CLYDE & CO US LLP | Shiver Hamilton, LLC |
| 1221 Brickell Avenue | One Securities Centre |
| Suite 1600 | 3490 Piedmont Rd NE |
| Miami, FL 33131 | Suite 640 |
| | Atlanta, GA 30305 |

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this 20th day of May, 2022.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**            */s/ Matthew G. Moffett*
950 East Paces Ferry Road, N.E.            Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta      Georgia State Bar No.: 515323
Atlanta, Georgia 30326                     M. Ryan Del Campo
Telephone: (404) 870-1064                  Georgia State Bar No.: 384618
Facsimile: (404) 870-1030                  *Attorneys for Defendants*