**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, | ) | |
| LLC, JOHN MAUGHAN, and MARIE | ) | |
| HUGHES, as Authorized Administrator | ) | |
| for the Estate of GEORGE HUGHES, | ) | |
| | ) | |
| Defendants. | | |

## DEFENDANTS' MOTION TO
## EXTEND DISCOVERY PERIOD

Defendant Marie Hughes, as Administrator for the Estate of George Hughes, Venetian Hills Apartments, LLC, and John Maughan (collectively, "Defendants") file this motion to extend the discovery period and subsequent scheduling order deadlines, stating as follows:

1.     On November 23, 2021, this Court entered a Scheduling Order, setting the discovery completion time for May 24, 2022. (Doc. 19).

2.     There have been no previous requests for extensions of the discovery period.

3.     On April 29, 2022, this Court entered an Order on Defendant Marie

1

Hughes' Motion to Dismiss or Stay (Doc. 27), which was granted in part and denied in part. The Court ordered that Plaintiff's declaratory judgment claim regarding its duty to indemnify was dismissed without prejudice for lack of subject matter jurisdiction and Plaintiff's claim on its duty to defend may proceed.

4.     Counsel for all parties have been cooperative in discovery matters. Plaintiff's counsel requested and received multiple extensions of time to respond to Defendant Hughes' written discovery requests. Hughes' counsel and Plaintiff's counsel are presently attempting to resolve issues concerning the sufficiency of Plaintiff's responses to Hughes' written discovery without the Court's involvement. Hughes has now requested that Plaintiff fully respond or supplement its response to written discovery by June 2, 2022.

5.     Discovery is not complete and additional time is needed. Defendant Hughes contends that she is entitled to complete responses from Plaintiff to her written discovery requests and that additional discovery is needed following those responses. All defendants maintain that they are entitled to further discovery relating to the meaning and application of the insurance policy exclusions at issue and subjects relating to the defenses raised in the case. Defendants respectfully request an extension of the discovery period and remaining scheduling order deadlines.

6.     Counsel for Plaintiff has not consented to this motion an extension of

time for the discovery period. Counsel for Defendant Hughes and Plaintiff's counsel have had multiple telephone and email communications about extension of the discovery period. Plaintiff's counsel originally agreed to submitting a joint motion for an extension of the discovery period. But, on May 10, 2022, Plaintiff's counsel notified Defendant Hughes' counsel that Plaintiff was not inclined to agree to more time for discovery because of the Court's April 29 Order on the motion to dismiss. Plaintiff's counsel appears to interpret that Order as meaning that no discovery is necessary. Defendants' counsel disagree with that position. Counsel for all parties also had a telephone conference on May 12, 2022, about extending discovery, but no agreement was reached. Additional emails about extending discovery have been exchanged since, but no agreement has been reached with Plaintiff.

7.     Defendants seek to extend the deadlines for discovery and summary judgment motions as follows:

     a.  August 16, 2022: close of discovery;

     b.  September 15, 2022: summary judgment motions;

     c.  Motions objecting to expert testimony: no later than thirty (30) days after September 15, 2022, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later; and

     d.  Proposed pretrial order: no later than thirty (30) days after September

15, 2022, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

8.     Good cause exists for the requested extension under the circumstances set forth herein and Defendants respectfully request the Court grant their motion. A proposed order is attached for the Court's convenience.

Respectfully submitted this 23rd day of May, 2022.

**SHIVER HAMILTON CAMPBELL, LLC**

*/s/ Darrell Hinson*
Jeff P. Shiver
Georgia Bar No. 001303
Darrell W. Hinson
Georgia Bar No. 356789

*Attorneys for Defendant Marie Hughes as Authorized Administrator for the Estate of George Hughes*

3490 Piedmont Road
Suite 640
Atlanta, GA 30305
(404) 593-0020 - Telephone
(888) 501-9536 – Facsimile
jeff@shiverhamilton.com
darrell@shiverhamilton.com

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP**

/s/ M. Ryan Del Campo
M. Ryan Del Campo
Georgia State Bar No.: 384618
*(signed with express permission by Darrell W. Hinson)*

*Counsel for Defendants*
*Venetian Hills Apartments, LLC*
*and John Maughan*

1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-1064
Facsimile: (404) 870-1030
Email: rdelcampo@grsmb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the within and foregoing **Defendants' Motion to Extend Discovery Period** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following:

| | |
|---|---|
| Junaid N. Savani, Esq. | Matthew G. Moffett, Esq. |
| Andres Cordova, Esq. | Matthew R. Del Campo, Esq. |
| Clyde & Co. US LLP | Gray, Rust, St. Amand, Moffett & |
| 1221 Brickell Avenue | Brieske, LLP |
| Suite 1600 | 950 East Paces Ferry Road, NE |
| Miami, Florida 33131 | Suite 1700 |
| | Atlanta, GA 30326 |

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(C). It is prepared in Times New Roman 14-point font.

Respectfully submitted this 23rd day of May, 2022.

**SHIVER HAMILTON CAMPBELL, LLC**

*/s/ Darrell W. Hinson*
Darrell W. Hinson
Georgia Bar No. 356789

3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305