IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, | ) | |
| LLC, JOHN MAUGHAN, and MARIE | ) | |
| HUGHES, as Authorized Administrator | ) | |
| for the Estate of GEORGE HUGHES, | ) | |
| | ) | |
| Defendants. | | |

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISCOVERY PERIOD

This case comes before the Court on Defendants Motion to Extend Discovery Period [44]. After due consideration, the Court enters the following Order:

Defendants' Motion to Extend Discovery Period is **GRANTED**.

The following deadlines in the Scheduling Order [19] are amended:

  a. August 16, 2022: close of discovery;

  b. September 15, 2022: summary judgment motions;

  c. Motions objecting to expert testimony: no later than thirty (30) days after September 15, 2022, or entry of the Court's ruling on any pending motions for

1

summary judgment, whichever is later; and

      d.  Proposed pretrial order: no later than thirty (30) days after September 15, 2022, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

**IT IS SO ORDERED** this ___ day of _____, 2022.

_____
**Leigh Martin May**
**United States District Judge**