IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, | ) | |
| LLC, JOHN MAUGHAN, and MARIE | ) | |
| HUGHES, as Authorized Administrator | ) | |
| for the Estate of GEORGE HUGHES, | ) | |
| | ) | |
| Defendants. | | |

## ORDER GRANTING DEFENDANTS' MOTION
## TO EXTEND DISCOVERY PERIOD

This case comes before the Court on Defendants Motion to Extend Discovery Period [44]. After due consideration, the Court enters the following Order:

Defendants' Motion to Extend Discovery Period is **GRANTED**.

The following deadlines in the Scheduling Order [19] are amended:

a.  August 16, 2022: close of discovery;

b.  September 15, 2022: summary judgment motions;

c.  Motions objecting to expert testimony: no later than thirty (30) days after September 15, 2022, or entry of the Court's ruling on any pending motions for

summary judgment, whichever is later; and

      d.  Proposed pretrial order: no later than thirty (30) days after September 15, 2022, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

      **IT IS SO ORDERED** this 24th day of _____ May _____, 2022.


**Leigh Martin May**
**United States District Judge**