✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____

_____

        Plaintiff (s),       **CONSENT ORDER GRANTING**
                                   **SUBSTITUTION OF ATTORNEY**

V.

                                    **CASE NUMBER:** _____

        Defendant (s),

Notice is hereby given that, subject to approval by the court, _____ substitutes
                                                                     (Party (s) Name)

_____, State Bar No. _____ as counsel of record in
   (Name of New Attorney)

place of _____.
                         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: _____
    Address: _____
    Telephone: _____  Facsimile _____
    E-Mail (Optional): _____

I consent to the above substitution.      Connor Thompson, Kinsale Insurance Company
Date: _____      *Connor Thompson*
                                                         (Signature of Party (s))

I consent to being substituted.      Junaid Savani
Date: _____      /s/ JUNAID SAVANI
                                                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____      /s/ ERIC BENEDICT
                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                               Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**