AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **GEORGIA**

| | |
|---|---|
| KINSALE INSURANCE COMPANY<br>Plaintiff(s),<br>V.<br>VENETIAN HILLS APARTMENTS, LLC<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:21-cv-03214-LMM |

Notice is hereby given that, subject to approval by the court, **KINSALE INSURANCE COMPANY** (Party(s) Name) substitutes **ERIC BENEDICT** (Name of New Attorney), State Bar No. **890708**, as counsel of record in place of **JUNAID SAVANI** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: CLYDE & CO US LLP
- Address: 271 17TH STREET NW, SUITE 1720, ATLANTA, GA 30363
- Telephone: (404) 410-3178      Facsimile:
- E-Mail (Optional): Eric.Benedict@Clydeco.us

I consent to the above substitution.
Date: 7/22/2022

Connor Thompson, Kinsale Insurance Company
/s/ Connor Thompson
(Signature of Party(s))

I consent to being substituted.
Date: 7/22/2022

Junaid Savani
/s/ JUNAID SAVANI
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/22/2022

/s/ ERIC BENEDICT
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 25, 2022

_Leigh Martin May_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print    Save As...    Export as FDF    Retrieve FDF File    Reset