# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-03214-LMM
## Kinsale Insurance Company v. Venetian Hills Apartments, LLC et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 08/10/2022.

TIME COURT COMMENCED: 10:01 A.M.
TIME COURT CONCLUDED: 10:35 A.M.
TIME IN COURT: 00:34
OFFICE LOCATION: Atlanta
COURT REPORTER: Montrell Vann
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Eric Benedict representing Kinsale Insurance Company<br>Andres Cordova representing Kinsale Insurance Company<br>Matthew Del Campo representing Venetian Hills Apartments, LLC<br>Matthew Del Campo representing John Maughan<br>Darrell Hinson representing Marie Hughes |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | Telephone conference held to address the parties' discovery dispute. The Court overruled Plaintiff's blanket objection to producing extrinsic evidence. The Court directed the parties to confer to determine what issues remain and what the Court needs to address. The parties should also confer and file a consent motion to extend discovery. |
| HEARING STATUS: | Hearing Concluded |