IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. | CIVIL ACTION FILE NO: <br> 1:21-cv-03214-LMM <br><br> **UNOPPOSED MOTION** |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE REMAINING DEADLINES FROM THE AMENDED SCHEDULING ORDER**

Plaintiff, KINSALE INSURANCE COMPANY ("Kinsale"), pursuant to Fed. R. Civ. P. 16(b)(4), files this unopposed motion to extend the remaining deadlines from the amended scheduling order [ECF No. 45], and for good cause states:

1. On May 24, 2022, this Court entered an order [ECF No. 45] amending the scheduling order , as follows:

   a. August 16, 2022: close of discovery;

   b. September 15, 2022: summary judgment motions;

   c. Motions objecting to expert testimony: no later than thirty (30) days after September 15, 2022, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later;

and

d. Proposed pretrial order: no later than thirty (30) days after September 15, 2022, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

2. On August 10, 2022, the Court presided over a telephone conference regarding a discovery dispute between the parties. [ECF No. 48.] During the telephone conference, the Court directed the parties to confer regarding the remaining discovery issues and then advise the Court if further intervention by the Court is required. The Court also advised the parties to confer and file a consent motion to extend discovery.

3. The parties have conferred regarding their discovery dispute and have developed a plan to resolve the remaining aspects of their dispute. Undersigned counsel anticipates that the parties will know within the next 30 days whether further Court intervention is required.

4. The parties have also conferred regarding the instant motion to extend discovery and other deadlines from the scheduling order. Pursuant to the parties' agreement, Kinsale seeks to extend the remaining deadlines from the scheduling order, as follows:

a. <u>Close of discovery</u>: December 13, 2022

b. <u>Summary judgment motions</u>: January 12, 2023

c. <u>Motions objecting to expert testimony</u>: no later than thirty (30) days after January 12, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later; and

d. <u>Proposed pretrial order</u>: no later than thirty (30) days after January 12, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

5. This motion is unopposed

6. Moreover, Kinsale respectfully submits that good cause exists for the requested extension under the circumstances. For instance, the extensions promote the just and efficient resolution of this matter without the need for a trial, because it will allow the parties to focus on settlement and additional discovery may be crucial for resolving all issues through the parties' initial motions for summary judgment. Additionally, Kinsale does not anticipate any other extensions to the scheduling order's deadlines.

7. For the Court's convenience, attached as Exhibit "A" is a proposed order granting this motion.

Respectfully submitted,

/s/ ANDRES CORDOVA
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

CLYDE & CO US LLP
1221 Brickell Avenue

Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
*Counsel for Kinsale Insurance Company*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Times New Roman 14-point font.

/s/ANDRES CORDOVA
ANDRES CORDOVA

## CERTIFICATE OF SERVICE

I CERTIFY that on September 14, 2022, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
ANDRES CORDOVA