UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                 CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE REMAINING DEADLINES FROM THE AMENDED SCHEDULING ORDER

This cause came before the Court on Plaintiff's Unopposed Motion to Extend the Remaining Deadlines from the Amended Scheduling Order. After due consideration, the Court enters the following Order:

Plaintiff's motion is **GRANTED**.

The following deadlines are amended, as follows:

    a.    <u>Close of discovery</u>: December 13, 2022

    b.    <u>Summary judgment motions</u>: January 12, 2023

    c.    <u>Motions objecting to expert testimony</u>: no later than thirty (30) days after January 12, 2023, or entry of the Court's ruling on any pending

        motions for summary judgment, whichever is later; and

d. <u>Proposed pretrial order</u>: no later than thirty (30) days after January 12, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

IT IS SO ORDERED this _____ day of _____, 2022.

                                                  _____
                                                  Leigh Martin May
                                                  United States District Judge