## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

     Plaintiff,

v.                                CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

     Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE REMAINING DEADLINES FROM THE AMENDED SCHEDULING ORDER

     This cause came before the Court on Plaintiff's Unopposed Motion to Extend the Remaining Deadlines from the Amended Scheduling Order. After due consideration, the Court enters the following Order:

     Plaintiff's motion is **GRANTED**.

     The following deadlines are amended, as follows:

     a.     <u>Close of discovery</u>: December 13, 2022

     b.     <u>Summary judgment motions</u>: January 12, 2023

     c.     <u>Motions objecting to expert testimony</u>: no later than thirty (30) days after January 12, 2023, or entry of the Court's ruling on any pending

motions for summary judgment, whichever is later; and

d.   <u>Proposed pretrial order</u>: no later than thirty (30) days after January 12, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

IT IS SO ORDERED this ___14th___ day of ___September___, 2022.

Leigh Martin May
United States District Judge