**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | **UNOPPOSED MOTION** |
| VENETIAN HILLS APARTMENTS, | ) | |
| LLC, JOHN MAUGHAN, and MARIE | ) | |
| HUGHES, as Authorized Administrator | ) | |
| for the Estate of GEORGE HUGHES, | ) | |
| | ) | |
| Defendants. | | |

**UNOPPOSED, JOINT MOTION BY KINSALE INSURANCE COMPANY AND MARIE HUGHES TO EXTEND THE REMAINING DEADLINES FROM THE AMENDED SCHEDULING ORDER**

Plaintiff, KINSALE INSURANCE COMPANY ("Kinsale"), and Defendant, MARIE HUGHES, pursuant to Fed. R. Civ. P. 16(b)(4), jointly file this unopposed motion to extend the remaining deadlines from the amended scheduling order [ECF No. 50], and for good cause state:

1.  On September 14, 2022, this Court entered an order [ECF No. 50] amending the scheduling order, as follows:

   a.  December 13, 2022: close of discovery;

   b.  January 12, 2023: summary judgment motions;

    c.    Motions objecting to expert testimony: no later than thirty (30) days after January 12, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later; and

    d.    Proposed pretrial order: no later than thirty (30) days after January 12, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

2. On August 10, 2022, the Court presided over a telephone conference regarding a discovery dispute between the parties. [ECF No. 48.] During the telephone conference, the Court directed the parties to confer regarding the remaining discovery issues and then advise the Court if further intervention by the Court is required. The Court also advised the parties to confer and file a consent motion to extend discovery.

3. The parties have conferred multiple times regarding their discovery dispute and have developed a plan to resolve the remaining aspects of their dispute. Among other items, the parties agreed that Kinsale would supplement or amend some of its discovery responses and document production before the parties conferred again regarding whether additional intervention by the Court would be required.

4. Unfortunately, however, the parties' progress with the agreed discovery plan has been delayed primarily because of an unprecedented series of illnesses in Kinsale's undersigned counsel's immediate family, including his three-year-old

son's ongoing bout of pneumonia. Indeed, Kinsale's undersigned counsel has missed significant time from work caring for his children during this trying period. During the last two weeks alone, Kinsale's undersigned counsel has taken his children to three pediatrician appointments, two urgent care visits, and three emergency room visits.[1] Additionally, Kinsale's undersigned counsel missed time from work due to Hurricane Ian and Hurricane Nicole, which both made landfall in Florida in November 2022.

5.     The children of Kinsale's undersigned counsel are recovering and Kinsale anticipates serving its agreed supplemental or amended discovery responses and production within the next 15 days.

6.     The parties have also conferred regarding the instant motion to extend discovery and other deadlines from the scheduling order. Pursuant to the parties' agreement, Kinsale seeks to extend the remaining deadlines from the scheduling order, as follows:

   a.    <u>Close of discovery</u>: February 13, 2023

   b.    <u>Summary judgment motions</u>: March 13, 2023

---

[1] Notably, this string of illnesses coincides with a national outbreak of similar respiratory illnesses. (*See, e.g.*, Fenit Nirappil, *Flu hospitalizations soar as triple viral threat looms ahead of holidays*, THE WASHINGTON POST, December 5, 2022, https://www.washingtonpost.com/health/2022/12/05/flu-rsv-covid-hospitalizations/.)

    c.    <u>Motions objecting to expert testimony</u>: no later than thirty (30) days after March 13, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later; and

    d.    <u>Proposed pretrial order</u>: no later than thirty (30) days after March 13, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

7. This motion is joined by Defendant Hughes. Additionally, this motion is unopposed by the remaining Defendants, Venetian Hills Apartments, LLC and John Maughan.

8. Moreover, Kinsale and Hughes respectfully submit that good cause exists for the requested extension under the circumstances. Kinsale and Hughes remain committed to resolving their discovery dispute without court intervention, but hurricanes and unexpected illnesses in Kinsale's undersigned counsel's immediate family have slowed the parties' progress. The extensions also promote the just and efficient resolution of this matter without the need for a trial, because it will allow the parties to focus on settlement and additional discovery may be crucial for resolving all issues through the parties' initial motions for summary judgment. Additionally, Kinsale and Hughes do not anticipate any other extensions to the scheduling order's deadlines.

9. For the Court's convenience, attached as Exhibit "A" is a proposed order granting this motion.

Respectfully submitted,

/s/ ANDRES CORDOVA
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

CLYDE & CO US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
*Counsel for Kinsale Insurance Company*

/s/ Darrell W. Hinson
Darrell W. Hinson
Georgia Bar No. 356789
darrell@shiverhamilton.com

SHIVER HAMILTON CAMPBELL, LLC
3490 Piedmont Road
Suite 640
Atlanta, GA 30305
(404) 593-0020 - Telephone
(888) 501-9536 – Facsimile
*Attorneys for Defendant Marie Hughes as Authorized Administrator for the Estate of George Hughes*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Times New Roman 14-point font.

/s/ANDRES CORDOVA
ANDRES CORDOVA

## CERTIFICATE OF SERVICE

I CERTIFY that on December 9, 2022, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
ANDRES CORDOVA