# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                                  CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED, JOINT MOTION BY KINSALE INSURANCE COMPANY AND MARIE HUGHES TO EXTEND THE REMAINING DEADLINES FROM THE AMENDED SCHEDULING ORDER

This cause came before the Court on the Unopposed, Joint Motion by Kinsale Insurance Company and Marie Hughes to Extend the Remaining Deadlines from the Amended Scheduling Order. After due consideration, the Court enters the following Order:

The motion is **GRANTED**.

The following deadlines are amended, as follows:

    a.    <u>Close of discovery</u>: February 13, 2023

b. <u>Summary judgment motions</u>: March 13, 2023

c. <u>Motions objecting to expert testimony</u>: no later than thirty (30) days after March 13, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later; and

d. <u>Proposed pretrial order</u>: no later than thirty (30) days after March 13, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

IT IS SO ORDERED this __12th__ day of __December__, 2022.

*/s/ Leigh Martin May*
Leigh Martin May
United States District Judge