# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VENETIAN HILLS APARTMENTS, )<br>LLC, JOHN MAUGHAN, and MARIE )<br>HUGHES, as Authorized Administrator )<br>for the Estate of GEORGE HUGHES, )<br>)<br>Defendants. | CIVIL ACTION FILE NO.:<br>1:21-cv-03214-LMM |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I served Kinsale Insurance Company's supplemental responses to Marie Hughes's First Request for Production and Interrogatories via email to the following attorneys of record:

Matthew G. Moffett, Esq.
M. Ryan Del Campo, Esq.
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-7373
Facsimile: (404) 870-1030
Email: mmoffett@grsmb.com
Email: rdelcampo@grsmb.com
*Counsel for Venetian Hills Apartments LLC, John Maughan*

Jeff P. Shiver, Esq.
Darrell W. Hinson, Esq.
SHIVER HAMILTON, LLC

3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 476-6516
Facsimile: (877) 256-4087
Email: jeff@shiverhamilton.com
Email: darrell@shiverhamilton.com
*Counsel for Marie Hughes*

                                      Respectfully submitted,

                                      /s/ ANDRES CORDOVA
                                      Andres Cordova
                                      Florida Bar No. 0118147
                                      andres.cordova@clydeco.us
                                      *Admitted Pro Hac Vice*

                                      CLYDE & CO US LLP
                                      1221 Brickell Avenue
                                      Suite 1600
                                      Miami, Florida 33131
                                      Telephone: (305) 446-2646
                                      Fax: (305) 441-2374
                                      *Counsel for Kinsale Insurance Company*

## CERTIFICATE OF SERVICE

I CERTIFY that on January 17, 2023, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

                                      /s/ANDRES CORDOVA
                                      ANDRES CORDOVA