# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, LLC, JOHN MAUGHAN, and MARIE HUGHES, as Authorized Administrator for the Estate of GEORGE HUGHES, | ) ) ) ) | |
| | ) | |
| Defendants. | | |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, ***Defendant Marie Hughes' Supplemental Objections and Responses to Plaintiff Kinsale Insurance Company's First Request for Production of Documents*** were served upon all counsel of record by email.

I FURTHER CERTIFY that I electronically filed the within and foregoing Rule 5.4 Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

|  |  |
|---|---|
| Andres Cordova, Esq. | Matthew G. Moffett, Esq. |
| Clyde & Co. US LLP | Matthew R. Del Campo, Esq. |
| 1221 Brickell Avenue | Gray, Rust, St. Amand, Moffett & |
| Suite 1600 | Brieske, LLP |
| Miami, Florida 33131 | 950 East Paces Ferry Road, NE |
|  | Suite 1700 |
|  | Atlanta, GA 30326 |

Respectfully submitted this the 10th day of February, 2023.

**SHIVER HAMILTON, LLC**

*/s/ Darrell W. Hinson*
DARRELL W. HINSON
Georgia Bar No. 356789

3490 Piedmont Road,
Suite 640
Atlanta, Georgia  30305
darrell@shiverhamilton.com