# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. | CIVIL ACTION FILE NO.: <br> 1:21-cv-03214-LMM |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, I served Kinsale Insurance Company's ("Kinsale") supplemental Rule 26 disclosures and Kinsale's third supplemental responses to Marie Hughes's First Request for Production, including document production responsive to the supplemental responses, via email to the following attorneys of record:

Matthew G. Moffett, Esq.
M. Ryan Del Campo, Esq.
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-7373
Facsimile: (404) 870-1030
Email: mmoffett@grsmb.com
Email: rdelcampo@grsmb.com
*Counsel for Venetian Hills Apartments LLC, John Maughan*

Jeff P. Shiver, Esq.
Darrell W. Hinson, Esq.
SHIVER HAMILTON, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 476-6516
Facsimile: (877) 256-4087
Email: jeff@shiverhamilton.com
Email: darrell@shiverhamilton.com
*Counsel for Marie Hughes*

Respectfully submitted,

/s/ ANDRES CORDOVA
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

CLYDE & CO US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
*Counsel for Kinsale Insurance Company*

## CERTIFICATE OF SERVICE

I CERTIFY that on February 13, 2023, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
ANDRES CORDOVA