# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-03214-LMM
## Kinsale Insurance Company v. Venetian Hills Apartments, LLC et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 03/06/2023.

TIME COURT COMMENCED: 2:31 P.M.
TIME COURT CONCLUDED: 2:55 P.M.      COURT REPORTER: Montrell Vann
TIME IN COURT: 00:24                 DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andres Cordova representing Kinsale Insurance Company<br>Matthew Del Campo representing Venetian Hills Apartments, LLC<br>Matthew Del Campo representing John Maughan<br>Darrell Hinson representing Marie Hughes |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | Telephone Conference held to address the parties' discovery disputes. Within 10 days, Plaintiff shall produce the redacted "reservation of rights" and "disclaimers of coverage" communications. Regarding the documents Plaintiff refused to produce without a protective order, the Court ordered the parties to work on a protective order as contemplated by the Court. Within 10 days, Plaintiff shall produce the relevant documents. The Court extended the discovery deadline and summary judgment deadline by 30 days. Within 5 days of the deposition of Plaintiff's corporate representative, Plaintiff will notice Defendant Venetian Hills' corporate representative for deposition. If there are any issues, the parties will notify the Court. The Court did not quash Defendant Hughes' subpoena to 3rd party Overland Solutions, Inc. |
| HEARING STATUS: | Hearing Concluded |