IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, | ) | |
| LLC, JOHN MAUGHAN, and MARIE | ) | |
| HUGHES, as Authorized Administrator | ) | |
| for the Estate of GEORGE HUGHES, | ) | |
| | ) | |
| Defendants. | | |

## CONFIDENTIALITY AND PROTECTIVE ORDER

The parties having consented hereto, in accordance with this Court's Standing Order Regarding Civil Litigation and the Court's rulings during the discovery conference on March 6, 2023, and the Court being fully advised, IT IS HEREBY ORDERED:

1.  **Defined Terms**: As used in this Order, the following words and phrases shall have the following meanings.

(a)     "**Action**" means the above-styled case.

(b)   **"Policy**" means the commercial general liability policy Kinsale Insurance Company issued to Venetian Hills Apartments as the Named Insured, bearing Policy No. 0100040031-0 and effective from 06/22/2016 to 06/22/2017.

(c)   "**Confidential Information**" means previous versions of the "Assault and Battery" exclusion included in the Policy (*see* Form CAS3002 0311) and previous versions of the "Eviction and Failure to Maintain" exclusion included in the Policy (*see* Form CAS3103-0815), which Kinsale Insurance Company asserts that it believes, in good faith, contains or could be used to obtain confidential business, financial, competitive, proprietary, or trade secret information that could be damaging if disclosed to Kinsale Insurance Company's competitors.

2.   **Non-Disclosure of Confidential Information:**   The parties to this Action, including their agents, representatives, attorneys, and experts, shall not disclose or disseminate the content of or information contained in any document or deposition portions designated by Kinsale Insurance Company as "Confidential Information" to any person or entity not involved in any litigation, including appeals, between two or more of the parties to this Action. Access or disclosure of Confidential Information may be made to: the parties to this Action, including their agents, representatives, and attorneys; experts; potential witnesses; court personnel; jurors; mediators; court reporters; and videographers. The parties to this Action,

- 2 -

including their agents, representatives, attorneys, and experts also shall not use Confidential Information for any other purpose except any litigation, including appeals, between two or more of the parties to this Action.

3.    **Non-Disclosure at Deposition:** If the verbatim content of Confidential Information is disclosed at a deposition either by testimony or exhibit, Kinsale Insurance Company can designate the transcript page and line numbers and exhibit numbers as Confidential Information either during the deposition or within 10 days of receiving the transcript. Court reporters shall be informed on the record that they are bound by this Order.

4.    **Non-Disclosure in Court Filings:** Any documents (including briefs), tangible things, or information designated as Confidential Information that are submitted  to this Court in support of or in opposition to a motion or introduced at a hearing or during trial may retain their protected confidential status only by compliance with this Court's Procedures for Electronic Filing Under Seal in Civil Cases. Prior to filing Confidential Information with a court other than in this Action, the filing party shall provide written notice to the other parties to this Action of the Confidential Information that it intends to file. If there is an objection to the filing within 10 calendar days of notice, the objecting party may take whatever steps it

deems necessary to protect the Confidential Information. If no steps are taken during the 10 calendar days, the Confidential Information may be filed with the court.

5.      **Procedure to Vacate Confidentiality:** If a party contends that a document or deposition has been erroneously designated Confidential Information it shall treat the document as such until it either obtains Kinsale Insurance Company's permission to do otherwise, or obtains an Order stating that a document or deposition is not Confidential Information.

6.      **Non-Waiver**: Nothing herein shall preclude the parties from using the Confidential Information during a hearing or trial or raising any available objection, or seeking any available protection with respect to any Confidential Information, including but not limited to the grounds of the admissibility of the evidence, materiality, trial preparation materials, and privilege.

7.      **Continuing Obligation to Maintain Confidentiality**: The termination of this Action or the termination of the employment, engagement, or agency of any person who had access to any Confidential Information shall not relieve any person from the obligation of maintaining both the confidentiality and the restrictions on use imposed pursuant to this Order. The Court retains jurisdiction to enforce the provisions of this Order.

**SO ORDERED** this <u>17th</u> day of <u>March</u>, 2023.

Leigh Martin May
United States District Judge