IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | **AGREED MOTION** |
| VENETIAN HILLS APARTMENTS, | ) | |
| LLC, JOHN MAUGHAN, and MARIE | ) | |
| HUGHES, as Authorized Administrator | ) | |
| for the Estate of GEORGE HUGHES, | ) | |
| | ) | |
| Defendants. | | |

## AGREED MOTION TO EXTEND THE REMAINING DEADLINES IN THIS ACTION

The parties, pursuant to Fed. R. Civ. P. 16(b)(4), jointly file this Agreed Motion to Extend the Remaining Deadlines in this Action, and for good cause state:

1. On December 12, 2022, this Court entered an order [ECF No. 52] amending the operative scheduling order , as follows:

    a. Close of discovery: February 13, 2023

    b. Summary judgment motions: March 13, 2023

    c. Proposed pretrial order: no later than thirty (30) days after March 13, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

2. On March 6, 2023, the Court held a telephone conference regarding a discovery dispute between Defendant Marie Hughes, and Plaintiff Kinsale Insurance Company ("Kinsale"). [*See* ECF No. 58.] During the conference and with the input of the attorneys, the Court ordered Kinsale to produce its pertinent "reservation of rights" communications with redactions on or before March 6, 2023, and to produce certain documents after the Court's approval and entry of a protective order governing their production. [*Id.*]

3. During the discovery conference, the Court also extended the deadlines for discovery and summary judgment, as follows:

    a.    <u>Close of discovery</u>: April 5, 2023

    b.    <u>Summary judgment motions</u>: May 5, 2023

4. During the discovery conference, Hughes's counsel also advised that he intended to depose Kinsale's corporate representative. [*Id.*] In turn, Kinsale's undersigned counsel advised that he intended to depose the corporate representative of Defendant, Venetian Hills Apartments LLC ("Venetian Hills"). The Court then instructed Kinsale to notice the deposition of Venetian Hills's corporate within 5 days of Hughes's deposition of Kinsale's corporate representative to the extent Kinsale decides to proceed with the deposition of Venetian Hills's corporate representative. [*Id.*]

5. Kinsale has produced all documents in compliance with the Court's instructions.

6. Unfortunately, however, the parties need additional time for discovery because Kinsale's corporate representative is traveling out of the country and unavailable for its deposition by Hughes until May 5, 2023.

7. The parties have conferred and have agreed to have Hughes's deposition of Kinsale's corporate representative via Zoom on May 5, 2023.

8. The parties respectfully submit that good cause exists for an extension under the circumstances. For instance, this motion is filed jointly by all parties to this action. The requested extensions also promote the just and efficient resolution of this matter without the need for a trial because it will allow the parties to focus on settlement and additional discovery may be crucial for resolving all issues through the parties' initial motions for summary judgment. Moreover, the parties require additional time for discovery because Kinsale intends to depose the corporate representative of Venetian Hills after the deposition of Kinsale's corporate representative on May 5, 2023, but the corporate representative of Venetian Hills is currently recovering from heart surgery. Additionally, the parties do not anticipate any other extensions to the scheduling order's deadlines.

9. Under the circumstances, the parties respectfully request that the Court

extend the remaining deadlines in this action, as follows:

    a.    <u>Close of discovery</u>: June 6, 2023

    b.    <u>Summary judgment motions</u>: July 6, 2023

    c.    <u>Proposed pretrial order</u>: no later than thirty (30) days after July 6, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

10.    For the Court's convenience, attached as Exhibit "A" is a proposed order granting this motion.

Respectfully submitted,

/s/ ANDRES CORDOVA
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

CLYDE & CO US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
*Counsel for Kinsale*

/s/ M. Ryan Del Campo
M. Ryan Del Campo
Georgia State Bar No.: 384618
rdelcampo@grsmb.com

                        GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
                        1700 Atlanta Plaza
                        950 East Paces Ferry Road
                        Atlanta, Georgia 30326
                        Telephone: (404) 870-1064
                        Facsimile: (404) 870-1030
                        *Counsel for Venetian Hills, John Maughan*

                        /s/ Darrell W. Hinson
                        Darrell W. Hinson
                        Georgia Bar No. 356789
                        darrell@shiverhamilton.com

                        SHIVER HAMILTON CAMPBELL, LLC
                        3490 Piedmont Road
                        Suite 640
                        Atlanta, GA 30305
                        (404) 593-0020 - Telephone
                        (888) 501-9536 – Facsimile
                        *Attorneys for Hughes*

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Times New Roman 14-point font.

                        /s/ANDRES CORDOVA
                        ANDRES CORDOVA

## CERTIFICATE OF SERVICE

I CERTIFY that on April 4, 2023, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
Andres Cordova
