UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                         CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## ORDER GRANTING AGREED MOTION TO EXTEND THE REMAINING DEADLINES IN THIS ACTION

This cause came before the Court on the parties' joint Agreed Motion to Extend the Remaining Deadlines in this Action. After due consideration, the Court enters the following order:

The motion is **GRANTED**.

The following deadlines apply:

    a.    Close of discovery: June 6, 2023

    b.    Summary judgment motions: July 6, 2023

    c.    Proposed pretrial order: no later than thirty (30) days after July 6, 2023, or entry of the Court's ruling on any pending motions

for summary judgment, whichever is later.

IT IS SO ORDERED this ___6th___ day of ___April___, 2023.

_____
Leigh Martin May
United States District Judge