# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NUMBER <br> 1:21-cv-03214-LMM |

## DEFENDANTS VENETIAN HILLS APARTMENTS, LLC AND JOHN MAUGHAN'S RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

COMES NOW Defendants Venetian Hills Apartments, LLC and John Maughan, and pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and provides notice that attorneys of record were served with the following discovery materials:

1. **Defendants Venetian Hills Apartments, LLC and John Maughan's Responses and Objections to Plaintiff's Notice of 30(b)(6) Video Deposition of Defendant Venetian Hills Apartments, LLC**

<table>
<tr><td>

Eric Benedict
Andres Cordova
Florida Bar No. 0118147
*Admitted Pro Hac Vice*
**CLYDE & CO US LLP**
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
andres.cordova@clydeco.us
eric.benedict@cludeco.us
*Counsel for Plaintiff*

</td><td>

Jeff P. Shiver, Esq.
Darrell W. Hinson, Esq.
**SHIVER HAMILTON, LLC**
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
jeff@shiverhamilton.com
darrell@shiverhamilton.com
*Counsel for Defendant Marie Hughes*

</td></tr>
</table>

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

I, Ryan Del Campo, herein state that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

This 26th day of May, 2023.

<table>
<tr><td>

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-1064
Facsimile:   (404) 870-1030

</td><td>

*/s/ M. Ryan Del Campo*
Matthew G. Moffett
Georgia State Bar No.:  515323
M. Ryan Del Campo
Georgia State Bar No.: 384618
*Attorneys for Defendants*

</td></tr>
</table>