# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-03214-LMM
## Kinsale Insurance Company v. Venetian Hills Apartments, LLC et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 06/01/2023.

TIME COURT COMMENCED: 10:06 A.M.
TIME COURT CONCLUDED: 10:34 A.M.
TIME IN COURT: 00:28
OFFICE LOCATION: Atlanta
COURT REPORTER: Montrell Vann
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andres Cordova representing Kinsale Insurance Company<br>Matthew Del Campo representing Venetian Hills Apartments, LLC<br>Matthew Del Campo representing John Maughan<br>Darrell Hinson representing Marie Hughes |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary) |
| PLEADINGS FILED IN COURT: | Telephone Conference held to address the parties' discovery disputes. The Court required Plaintiff Kinsale to produce the later versions of the policy exclusions requested by Defendant Hughes, consistent with the parties' protective order. Instead of proceeding with Ms. Hughes' deposition, counsel for Plaintiff and Defendant Hughes will confer as to Defendant Hughes' interrogatory responses. The dispute concerning Defendant Venetian Hill's 30(b)(6) deposition was not ripe for the Court's consideration. After the parties confer, counsel will inform the Court of the topics Plaintiff wants to pursue over Defendant's objections. The parties shall confer on a consent scheduling order to extend discovery. If there is no agreement, the parties shall email the Court. |
| HEARING STATUS: | Hearing Concluded |