UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                        CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## CONSENT SCHEDULING ORDER

The parties having consented hereto, in accordance with the Court's rulings during the discovery conference on March 6, 2023, and the Court being fully advised, IT IS HEREBY ORDERED:

1.    The scheduling order dated April 6, 2023 (D.E. 63) is amended, as follows:

    a.    <u>Close of discovery</u>: September 5, 2023

    b.    <u>Summary judgment motions</u> October 4, 2023

    c.    <u>Proposed pretrial order</u>: no later than thirty (30) days after October 4, 2023, or entry of the Court's ruling on any pending motions for summary judgment, whichever is later.

IT IS SO ORDERED this __6th__ day of _____June_____, 2023.

*Leigh Martin May*
Leigh Martin May
United States District Judge