# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:21-cv-03214-LMM |
| v. ) | |
| ) | |
| VENETIAN HILLS APARTMENTS, ) | |
| LLC, JOHN MAUGHAN, and MARIE ) | |
| HUGHES, as Authorized Administrator ) | |
| for the Estate of GEORGE HUGHES, ) | |
| ) | |
| Defendants. | |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I served, on behalf of Kinsale Insurance Company, subsequent versions of Kinsale Insurance Company's pertinent exclusions pursuant to the Amended Confidentiality and Protective Order dated June 8, 2023 (ECF No. 69), via email to the following attorneys of record:

Matthew G. Moffett, Esq.
M. Ryan Del Campo, Esq.
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-7373
Facsimile: (404) 870-1030
Email: mmoffett@grsmb.com
Email: rdelcampo@grsmb.com
*Counsel for Venetian Hills Apartments LLC, John Maughan*

Jeff P. Shiver, Esq.
Darrell W. Hinson, Esq.
SHIVER HAMILTON, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 476-6516
Facsimile: (877) 256-4087
Email: jeff@shiverhamilton.com
Email: darrell@shiverhamilton.com
*Counsel for Marie Hughes*

        Respectfully submitted,

        /s/ ANDRES CORDOVA
        Andres Cordova
        Florida Bar No. 0118147
        andres.cordova@clydeco.us
        *Admitted Pro Hac Vice*

        CLYDE & CO US LLP
        1221 Brickell Avenue, Suite 1600
        Miami, Florida 33131
        Telephone: (305) 446-2646
        Fax: (305) 441-2374
        *Counsel for Plaintiff*

        /s/ ERIC P. BENEDICT
        Eric P. Benedict
        Georgia Bar No. 890708
        Eric.Benedict@clydeco.us
        *Local Counsel*

        CLYDE & CO US LLP
        271 17th Street NW
        Suite 1720
        Atlanta, GA 30363
        Telephone: (404) 410-3178
        *Counsel for Plaintiff*

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Times New Roman 14-point font.

/s/ANDRES CORDOVA
Andres Cordova

## **CERTIFICATE OF SERVICE**

I CERTIFY that on June 14, 2023, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
Andres Cordova