# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> <u>1:21-cv-03214-LMM</u> |

## **RULE 5.4 CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2023, ***Defendant Marie Hughes' Supplemental Responses to Plaintiff Kinsale Insurance Company's First Interrogatories*** were served upon all counsel of record by email.

I FURTHER CERTIFY that I electronically filed the within and foregoing Rule 5.4 Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Andres Cordova, Esq. | Matthew G. Moffett, Esq. |
| Clyde & Co. US LLP | Matthew R. Del Campo, Esq. |
| 1221 Brickell Avenue | Gray, Rust, St. Amand, Moffett & |
| Suite 1600 | Brieske, LLP |
| Miami, Florida 33131 | 950 East Paces Ferry Road, NE |
| | Suite 1700 |
| | Atlanta, GA 30326 |

Respectfully submitted this 18th day of July, 2023.

                                                **SHIVER HAMILTON, LLC**

                                                */s/ Darrell W. Hinson*
                                                DARRELL W. HINSON
                                                Georgia Bar No. 356789

3490 Piedmont Road, Suite 640
Atlanta, Georgia  30305
darrell@shiverhamilton.com