# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. | CIVIL ACTION FILE NO.: <br> 1:21-cv-03214-LMM |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, ***Defendant Marie Hughes' Second Supplemental Objections and Responses to Plaintiff Kinsale Insurance Company's First Request for Production of Documents*** were served upon all counsel of record by email.

I FURTHER CERTIFY that I electronically filed the within and foregoing Rule 5.4 Certificate of Service with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Andres Cordova, Esq.<br>Clyde & Co. US LLP<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, Florida 33131 | Matthew G. Moffett, Esq.<br>Matthew R. Del Campo, Esq.<br>Gray, Rust, St. Amand, Moffett &<br>Brieske, LLP<br>950 East Paces Ferry Road, NE<br>Suite 1700<br>Atlanta, GA 30326 |

Respectfully submitted this 30th day of August, 2023.

                                **SHIVER HAMILTON CAMPBELL, LLC**

                                */s/ Darrell W. Hinson*
                                DARRELL W. HINSON
                                Georgia Bar No. 356789

3490 Piedmont Road, Suite 640
Atlanta, Georgia  30305
darrell@shiverhamilton.com