**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                              CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

**ORDER GRANTING KINSALE INSURANCE COMPANY'S UNOPPOSED MOTION TO TAKE THE DEPOSITION OF VENETIAN HILLS APARTMENTS LLC'S CORPORATE REPRESENTATIVE OUTSIDE THE DISCOVERY PERIOD OR, IN THE ALTERNATIVE, TO EXTEND DISCOVERY FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION**

This cause came before the Court on Plaintiff Kinsale Insurance Company's Unopposed Motion to Take the Deposition of Defendant Venetian Hills Apartments LLC's Corporate Representative Outside the Discovery Period or, in the Alternative, to Extend Discovery for the Limited Purpose of Taking the Deposition. After due consideration, the Court enters the following order:

The motion is **GRANTED**. Kinsale is granted leave to take a Rule 30(b)(6) deposition of Venetian Hills Apartments LLC after the close of discovery.

The Court notes that the parties are targeting September 18, 2023, for Venetian's deposition, but are awaiting confirmation that Venetian is available. If Venetian is not ultimately available on September 18, Kinsale is instructed to request the Court's assistance with scheduling the deposition given the constraints of the current scheduling order.

IT IS SO ORDERED this   1st   day of   September  , 2023.

 

_____
Leigh Martin May
United States District Judge