**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, | ) | |
| LLC, JOHN MAUGHAN, and MARIE | ) | |
| HUGHES, as Authorized Administrator | ) | |
| for the Estate of GEORGE HUGHES, | ) | |
| | ) | |
| Defendants. | | |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, I served, on behalf of Kinsale Insurance Company, an Amended Rule 30(b)(6) Notice of Video Deposition of Venetian Hills Apartments, LLC and Notice to Produce for a deposition on September 18, 2023, via email to the following attorneys of record:

Matthew G. Moffett, Esq.
M. Ryan Del Campo, Esq.
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-7373
Facsimile: (404) 870-1030
Email: mmoffett@grsmb.com
Email: rdelcampo@grsmb.com
*Counsel for Venetian Hills Apartments LLC, John Maughan*

Jeff P. Shiver, Esq.
Darrell W. Hinson, Esq.
SHIVER HAMILTON, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 476-6516
Facsimile: (877) 256-4087
Email: jeff@shiverhamilton.com
Email: darrell@shiverhamilton.com
*Counsel for Marie Hughes*

Respectfully submitted,

/s/ ANDRES CORDOVA
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

CLYDE & CO US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
*Counsel for Kinsale*

/s/ ERIC P. BENEDICT
Eric P. Benedict
Georgia Bar No. 890708
Eric.Benedict@clydeco.us
*Local Counsel*

CLYDE & CO US LLP
271 17th Street NW
Suite 1720
Atlanta, GA  30363
Telephone: (404) 410-3178
*Counsel for Kinsale*

Page 2 of 3

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Times New Roman 14-point font.

/s/ANDRES CORDOVA
ANDRES CORDOVA

## CERTIFICATE OF SERVICE

I CERTIFY that on September 14, 2023, this document was filed via the CM/ECF system.   I further certify that I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
ANDRES CORDOVA