IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VENETIAN HILLS APARTMENTS, )<br>LLC, JOHN MAUGHAN, and MARIE )<br>HUGHES, as Authorized Administrator )<br>for the Estate of GEORGE HUGHES, )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.:<br>1:21-cv-03214-LMM |

## RULE 5.4 CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, I served, on behalf of Kinsale Insurance Company, Kinsale Insurance Company's Fifth Supplemental Responses to Defendant Marie Hughes' First Request for Production, via email to the following attorneys of record:

Matthew G. Moffett, Esq.
M. Ryan Del Campo, Esq.
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-7373
Facsimile: (404) 870-1030
Email: mmoffett@grsmb.com
Email: rdelcampo@grsmb.com
*Counsel for Venetian Hills Apartments LLC, John Maughan*

Jeff P. Shiver, Esq.

Darrell W. Hinson, Esq.
SHIVER HAMILTON, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 476-6516
Facsimile: (877) 256-4087
Email: jeff@shiverhamilton.com
Email: darrell@shiverhamilton.com
*Counsel for Marie Hughes*

                        Respectfully submitted,

                        /s/ ANDRES CORDOVA
                        Andres Cordova
                        Florida Bar No. 0118147
                        andres.cordova@clydeco.us
                        *Admitted Pro Hac Vice*

                        CLYDE & CO US LLP
                        1221 Brickell Avenue
                        Suite 1600
                        Miami, Florida 33131
                        Telephone: (305) 446-2646
                        Fax: (305) 441-2374
                        *Counsel for Kinsale*

                        /s/ ERIC P. BENEDICT
                        Eric P. Benedict
                        Georgia Bar No. 890708
                        Eric.Benedict@clydeco.us
                        *Local Counsel*

                        CLYDE & CO US LLP
                        271 17th Street NW
                        Suite 1720
                        Atlanta, GA  30363
                        Telephone: (404) 410-3178
                        *Counsel for Kinsale*

**LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Times New Roman 14-point font.

/s/ANDRES CORDOVA
ANDRES CORDOVA

**CERTIFICATE OF SERVICE**

I CERTIFY that on September 26, 2023, this document was filed via the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
ANDRES CORDOVA