**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                            CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR SUMMARY JUDGMENT MOTIONS

This cause came before the Court on Kinsale Insurance Company's Unopposed Motion to Extend the Deadline for Summary Judgment Motions. After due consideration, the Court enters the following order:

The motion is **GRANTED**. The deadline for summary judgment motions is extended to October 11, 2023.

IT IS SO ORDERED this _____ day of _____, 2023.

                                                      _____
                                                      Leigh Martin May
                                                      United States District Judge