# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized ) <br> Administrator for the Estate of ) <br> GEORGE HUGHES, ) <br> ) <br>    Defendants. ) | CIVIL ACTION FILE NO: <br> <u>1:21-cv-03214-LMM</u> |

## NOTICE OF FILING COMPENDIUM OF EXHIBITS IN SUPPORT OF KINSALE INSURANCE COMPANY'S MOTION FOR FINAL SUMMARY JUDGMENT

Plaintiff, KINSALE INSURANCE COMPANY, files its compendium of exhibits in support of its motion for final summary judgment, as follows:

- Exhibit 1   Transcript of Maughan Deposition in Underlying Lawsuit on December 18, 2019

- Exhibit 2   Transcript of Venetian Deposition in Underlying Lawsuit on July 30, 2020

- Exhibit 3   Transcript of Venetian Deposition in Instant Action on September 18, 2023

- Exhibit 4   Declaration of Kinsale Claims Counsel, Michael G. Matheson

Exhibit 5    Kinsale First Reservation of Rights Letter

Exhibit 6    Guilty Plea Final Disposition Form in Criminal Action

Exhibit 7    Transcript of Wheeler Guilty Plea Proceeding

Exhibit 8    Transcript of Wheeler Deposition in Underlying Lawsuit

Exhibit 9    Venetian Response to First Set of Interrogatories in Underlying Lawsuit

Exhibit 10   Venetian Supplemental Response to First Set of Interrogatories in Underlying Lawsuit

Exhibit 11   Maughan Response to First Set of Interrogatories in Underlying Lawsuit

Exhibit 12   Maughan Supplemental Response to First Set of Interrogatories in Underlying Lawsuit

Exhibit 13   Venetian Response to First Request for Admissions in Underlying Lawsuit

Exhibit 14   Venetian Notice of Intent to Apportion Damages to Wheeler in the Underlying Lawsuit

Exhibit 15   Venetian Motion for Apportionment Ruling in the Underlying Lawsuit

Exhibit 16   Venetian Renewed Motion to Allow Apportionment Against Wheeler in the Underlying Lawsuit

Exhibit 17   Quote for Policy

Exhibit 18   Binder for Policy

Exhibit 19   Renewal Policy

Respectfully submitted,

/s/ A<span>NDRES</span> C<span>ORDOVA</span>
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
*Counsel for Plaintiff*

/s/ ERIC P. BENEDICT
Eric P. Benedict
Georgia Bar No. 890708
Eric.Benedict@clydeco.us
*Local Counsel*

CLYDE & CO US LLP
271 17th Street NW
Suite 1720
Atlanta, GA 30363
Telephone: (404) 410-3178
*Counsel for Plaintiff*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Bookman Antiqua, 14-point font.

/s/ ANDRES CORDOVA
ANDRES CORDOVA

## CERTIFICATE OF SERVICE

I CERTIFY that on October 11, 2023, this document was filed via the CM/ECF system. I further certify I am unaware of any non-CM/ECF participants.

/s/ ANDRES CORDOVA
ANDRES CORDOVA
