# KINSALE INSURANCE

February 14, 2019

Sent Via
    Certified Mail - Return Receipt Requested
    Regular Mail
    Fax: 1-770-772-0146

**Venetian Hills Apartments**
Attention: John Maughan
3020 Big Creek Ct
Alpharetta, GA 30005

    **Re:**    **Acknowledgment of Claim and Reservation of Rights**

    **Insured:**    Venetian Hills Apartments
    **Claimant:**    Surviving Beneficiaries of George Hughes
    **File No.:**    00012575

Dear Mr. Maughan:

This letter will acknowledge receipt on January 30, 2019 by Kinsale Insurance Company ("Kinsale") of the above-captioned claim, which we received via Email from Barbara Floyd, with McEver & Tribble, Inc. ("McEver & Tribble") Included with the notice was an ACORD, a fax cover sheet and a letter of representation from Shiver Hamilton, a firm representing the surviving beneficiaries of George Hughes for all claims related to his death in a fire at Venetian Hills Apartments on March 15, 2017 (the "Incident"). The letter requests Policy information in accordance with O.C.G. A. Section 33-3-28(a) and the preservation of evidence related to the fire, City of Atlanta Code Enforcement and/or Fulton County Code Enforcement Inspections as well as Documents related to Atlanta Fire Department and/or Fulton County Fire Department reports, citations and/or fines from March 15, 2012 through March 15, 2017. This letter will also confirm my attempts to contact you by telephone on January 30, 2019, February 4, 2019 and February 7, 2019.

Kinsale has reviewed the information provided to date regarding the O.C.G. A. Section 33-3-28(a) request and fire in connection with Commercial General Liability Insurance Policy No. 0100040031-0 (the "Policy") issued by Kinsale to Venetian Hills Apartments. Based on that review, Kinsale has determined that it has no current obligation under the Policy to provide a defense or indemnification to Venetian Hills Apartments in connection with this claim because, at this time, Kinsale is not aware of a pending "suit" within the meaning of the Policy.

Please note, however, that while it is our conclusion that Kinsale has no present obligation under the Policy with respect to this claim, Kinsale expressly reserves the right to investigate the Incident and, if warranted, amend, supplement or revise its coverage determination as more information is provided and if a lawsuit arising out of the Incident is commenced against Venetian Hills Apartments..

**Kinsale Insurance Company**
**Claims Department**
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

Venetian Hills Apartments
February 14, 2019
Page **2** of **10**

Accordingly, Kinsale requests that Venetian Hills Apartments continue to provide Kinsale with all pertinent information regarding this claim in accordance with Venetian Hills Apartments' duties under the Policy.  To assist in our investigation, Kinsale plans to retain the adjusting firm of Abercrombie, Simmons & Gillette, Inc. ("Abercrombie").   Please do not speak to anyone about this matter except the undersigned or a representative of Abercrombie, and, it is requested that you advise your employees of same.  Abercrombie's Atlanta office phone number is 210-824-3941.

The Shiver Hamilton letter of representation requests Venetian Hill Apartments maintain and preserve evidence which includes, but is not limited to Atlanta Fire Department and/or Fulton County Fire Department reports, citations and/or fines as well as documents related to the City of Atlanta Code Enforcement and/or Fulton County Code Enforcement inspections, violations, reports and fines and complaint files of tenants at Venetian Hills Apartments.  We strongly recommend that you comply with this request.  It is your option, solely at your expense and as you deem expedient, to discuss this matter with your personal counsel to protect the insured's interests.

## THE CLAIM

According to the information available, there was a fire on March 15, 2017 at the Venetian Hills Apartments located at 1829 Campbellton Road, Atlanta, Georgia (the "Property") allegedly set by an arsonist in which George Hughes ("Mr. Hughes") was killed.

## KINSALE POLICY

This claim was reported under the Policy, which was issued to Venetian Hills Apartments as the first Named Insured.  The Policy has an effective from 06/22/2016 to 06/22/2017 with limits of insurance of a $1 million each occurrence and $2 million in the aggregate with a $2,500 per occurrence deductible that applies to both loss and claim expense payments.  Medical Payments coverage is excluded by endorsement.

In pertinent part, the Policy consists of Form **CG 00 01 10 01**, which includes the following provisions:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered. Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**
**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

Kinsale Insurance Company
Claims Department
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

1.  **Insuring Agreement**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; And
    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

    b.  This insurance applies to "bodily injury" and "property damage" only if:
        **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
        **(2)** The "bodily injury" or "property damage" occurs during the policy period; and
        **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

\* \* \*

We also direct your attention to Section IV – Commercial General Liability Conditions, which states, in relevant part:

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

\* \* \*

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

    **(1)** How, when and where the "occurrence" or offense took place;

**Kinsale Insurance Company**
**Claims Department**
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

KINSALE PRIV 000129

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

\* \* \*

**SECTION V – DEFINITIONS**

\* \* \*

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

\* \* \*

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

\* \* \*

**17.** "Property damage" means:
  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**Kinsale Insurance Company**
**Claims Department**
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

KINSALE PRIV 000130

    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

* * *

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

* * *

This claim is not currently the subject of a "suit" as the term is defined above. However, Kinsale would like to remind you that the Policy will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or property damage" to which this insurance does not apply. In addition, this insurance apples to the "bodily injury" or "property damage" only if ... the "bodily injury" or "property damage" is caused by an "occurrence" which the Policy defines as an accident. Based upon the information available and the terms of the Policy, Kinsale will investigate this claim subject to a full reservation of rights to deny coverage to Venetian Hills under Coverage A. Bodily Injury and Property Damage Liability should Kinsale determine there is no coverage.[1]

In addition, the Policy also contains provisions and/or endorsements which may limit or bar coverage for this claim. For example, this claim arises out of a fire that the Surviving Beneficiaries may allege contributed to the death of Mr. Hughes.

To the extent the Surviving Beneficiaries may pursue a claim as a result of the fire and death of Mr. Hughes at the Venetian Hills Apartments please be advised that the Policy contains Form **CAS3103 0815 Exclusions – Eviction And Failure To Maintain**, which states, in pertinent part, that this insurance does not apply to any claim or "suit" for "bodily injury", "property damage" ... arising directly or indirectly out of, is related to, or in any way involved any actual or alleged violation of any Housing and Urban Development laws, ordinances or statutes; any rent stabilization laws or ordinances; any federal, state or local government subsidized program rules or regulations; or any administrative rules or regulations pertaining to the above, including but not limited to those promulgated by local authorities; and any failure to maintain any premises in, or restore any premises to a safe, sanitary, healthy, habitable and tenantable condition. The Policy language is provided as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSIONS - EVICTION AND FAILURE TO MAINTAIN

**This endorsement modifies insurance provided under the following:**

---

**Kinsale Insurance Company**
**Claims Department**
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

KINSALE PRIV 000131

Venetian Hills Apartments
February 14, 2019
Page **6** of **10**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

The following exclusions are added to this policy:

This insurance does not apply to any claim or "suit" for "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of, related to, or, in any way involving:

1. Any actual or alleged violation, whether or not intended to cause injury or damage, of:
    a. The California Civil Code Section 1941-1941.1 inclusive;
    b. The California Civil Code Section 1942.4 inclusive;
    c. The California Health and Safety Code Section 17920-17928 inclusive;
    d. The California Mobile Home Residency Law (California Civil Code Sections 798 through 799.5 inclusive);
    e. The California Mobile Home Parks Act (California Health & Safety Code Sections 18200 through 18700, inclusive);
    f. Any Housing and Urban Development laws, ordinances or statutes;
    g. Any rent stabilization laws or ordinances;
    h. Any federal, state or local government subsidized program rules or regulations; or
    i. Any administrative rules or regulations pertaining to a. through h. above, including but not limited to those promulgated by local authorities.
2. Any failure to maintain any premises in, or restore any premises to a safe, sanitary, healthy, habitable and tenantable condition;
3. Eviction of, threat to evict or failure to evict any tenant or occupant of any property.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The information available indicates the fire, and potentially the death of Mr. Hughes, may involve arson. The Policy contains Form **CAS3002 0311 Exclusion – Assault And Battery** which states this insurance does not apply to any claim or "suit" for "bodily injury" or "property damage" … arising out of, related to, or, in any way involving any actual or alleged assault, battery, harmful or offensive contact, or threat, whether provoked or unprovoked.  The Policy language is provided as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASSAULT AND BATTERY

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

The following exclusion is added to this policy:

**Kinsale Insurance Company**
**Claims Department**
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

KINSALE PRIV 000132

Venetian Hills Apartments
February 14, 2019
Page **7** of **10**

This insurance does not apply to any claim or "suit" for "bodily injury," "property damage" or "personal and advertising injury" arising out of, related to, or, in any way involving any actual or alleged assault, battery, harmful or offensive contact, or threat, whether provoked or unprovoked. This exclusion includes but is not limited to:

1. The prevention or suppression, or, the failure to suppress or prevent any assault, battery, harmful or offensive contact, or threat;
2. The failure to provide an environment safe from any assault, battery, harmful or offensive contact, or threat, or, the failure to warn of the dangers of the environment that could contribute to any assault, battery, harmful or offensive contact, or threat;
3. The selling, servicing or furnishing of alcoholic beverages resulting in any assault, battery, harmful or offensive contact, or threat;
4. Injury or damage committed while using reasonable force to protect persons or property or acting in self-defense;
5. The reporting or failure to report to the proper authorities;
6. Conducting or failing to conduct an investigation of any assault, battery, harmful or offensive contact, or threat;
7. Providing or failure to provide first aid, medical treatment, or otherwise handling or responding after there has been an assault, battery, harmful or offensive contact, or threat;
8. Any assault, battery, harmful or offensive contact or threat whether caused by, or at the instigation, instruction, direction or due to the negligence of the insured, the insured's employees, agents, patrons, customers or any other person arising from any causes whatsoever; or
9. The negligent hiring, employment, training, supervision, or retention of any employee or agent of any insured with respect to items 1. through 8. above.

This exclusion applies regardless of fault or intent and regardless of the particular cause of action.

This exclusion applies to any claim or "suit" where any actual or alleged "bodily injury," "property damage" or "personal and advertising injury" arises out of a chain of events that includes assault, battery, harmful or offensive conduct, or threat regardless of whether the assault, battery, harmful or offensive contact, or threat is the initial precipitating event or is in any way a cause of the "bodily injury", "property damage," or "personal and advertising injury".

For purposes of this endorsement, **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions**, item **a. Expected or Intended Injury** is deleted and replaced with the following:

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

**Kinsale Insurance Company**
**Claims Department**
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

KINSALE PRIV 000133

Finally, we wish to point out the **Duty To Defend Exclusion within** the **Additional Policy Exclusions Form CAS3043 0113**, which states where there is no coverage under this Policy, there is no duty to defend. The Policy language is as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL POLICY EXCLUSIONS

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE**
**LIQUOR LIABILITY COVERAGE**

The following exclusions are added to this policy:

\* \* \*

**DUTY TO DEFEND EXCLUSION**

Where there is no coverage under this policy, there is no duty to defend.

\* \* \*
**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

**RESERVATION OF RIGHTS**

As a threshold matter, Kinsale does not presently have a duty under the Policy to provide a defense to Venetian Hills Apartments in connection with this claim.

The Policy provides that Kinsale has the right and duty to defend the insured against any "suit" seeking damages because of covered "bodily injury" or "property damage". "Suit" is expressly defined in the Policy as a civil proceeding alleging damages because of covered "bodily injury" or "property damage". There is no civil proceeding pending against Venetian Hills Apartments relating to this claim at this time. Therefore, Kinsale has no duty at this time to provide a defense to Venetian Hills Apartments for any of the potential allegations against it relating to the fire.

Nevertheless, as noted above, Kinsale will undertake an investigation of this matter pursuant to a complete and full reservation of all of its right under the Policy.

As noted above, Policy provisions which may limit or bar coverage for this matter. The Policy contains the **Exclusions – Eviction And Failure To Maintain** which states this insurance does not apply to any claim or "suit" for bodily injury", 'Property damage" … arising directly or indirectly out of, is related to, or in any way involving  any actual or alleged violation of any Housing and Urban Development laws, ordinances or statutes; any rent stabilization laws or ordinances; any federal, state or local government subsidized program rules or regulations; or any administrative rules or regulations pertaining to the

**Kinsale Insurance Company**
**Claims Department**
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

KINSALE PRIV 000134

above, including but not limited to those promulgated by local authorities; and any failure to maintain any premises in, or restore any premises to a safe, sanitary, healthy, habitable and tenantable condition. To the extent this claim arises out of a failure to maintain the Property, Kinsale reserves the right to disclaim coverage pursuant to the **Exclusions – Eviction And Failure To Maintain.**

The Policy also contains the **Exclusion –Assault And Battery** which states this insurance does not apply to any claim or "suit" for "bodily injury," arising out of, related to, or, in any way involving any actual or alleged assault, battery, harmful or offensive contact, or threat, whether provoked or unprovoked. As noted above, Mr. Hughes expired on March 15, 2017 in a fire in an apartment at the Property by an arsonist who had been inside the apartment. To the extent this claim arises out of any actual or alleged assault, battery, harmful or offensive contact, or threat, whether provoked or unprovoked   Kinsale reserves the right to disclaim coverage pursuant to the **Exclusion –Assault And Battery**.

 Kinsale also reminds Venetian Hills Apartment of its duty to cooperate with Kinsale in its investigation and to notify Kinsale as soon as practicable if a claim is made or "suit" is filed by the Surviving Beneficiaries in this matter.   Kinsale expressly reserves the right to disclaim coverage for this claim and any "suit" that may later be filed against Venetian Hills Apartments arising out of the fire to the extent Venetian Hills Apartments does not comply with the Policy's Conditions concerning **Duties In The Event Of Occurrence, Offense, Claim Or Suit**.

Finally, The Policy contains the **Duty To Defend Exclusion** which states where there is no coverage under the Policy, Kinsale has no duty to defend.  To the extent our investigation establishes no coverage exists, Kinsale reserves the right to cease its investigation and to disclaim coverage pursuant to the **Duty To Defend Exclusion**.

### RIGHT TO AMEND

Kinsale's decision as stated in this letter is based on the facts presented to date.  Kinsale reserves the right to review and/or consider any additional facts, claims, lawsuits or amendments to these claims and to make a separate determination with regard to indemnification and defense.  To that end, should you be served with a lawsuit, please forward a copy of the same to the undersigned  immediately  for Kinsale's review.

Nothing in this letter should be construed as a waiver or surrender of the terms, limitations, exclusions, conditions or agreements under the Policy.  Nor should this letter be considered an exhaustive recitation of all potential coverage issues or provisions of the Policy that might apply.  Our decision to reserve rights is based on the information available to us at this time.  Kinsale specifically reserves the right to amend this letter.

Kinsale does not waive any of its rights and does not waive any of the terms, conditions, limitations, exclusions or provisions of the Policy or any other policy that the claim may implicate.  Neither this letter, nor any action taken or to be taken by Kinsale, constitutes, or should be construed as, a waiver or relinquishment of any of Kinsale's rights under the Policy or any other policy that the claim may implicate, the applicable law, or otherwise.  Kinsale specifically reserves all of its rights and remedies under the Policy, under any other policy that the claim may implicate, and under statutes and the applicable law.

**Kinsale Insurance Company**
**Claims Department**
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

KINSALE PRIV 000135

Venetian Hills Apartments
February 14, 2019
Page **10** of **10**

If any of the information summarized in this letter is incorrect or if you otherwise have additional information you would like us to consider, please forward same to our attention immediately so we may respond in a timely and prompt manner.

Should you have any questions, or have additional information you wish to submit to Kinsale, I may be reached directly at 804-289-1397or via email at angela.bullock@kinsaleins.com.

Sincerely,

*Angela Bullock*

Angela Bullock
Senior Claims Examiner
Kinsale Insurance Company

### Applicable in Georgia

Any person who knowingly, and with intent to defraud any insurance company, files a statement of claim containing any false, incomplete or misleading information may be subject to criminal penalties.

CC:    McEver & Tribble, Inc.
       Attention: Barbara Floyd
       3300 Cumberland Blvd., Suite 350
       Atlanta, GA 30339
       Sent via Regular Mail
       Sent via email: barbara@mcevertribble.com

       All Risks, Ltd. - Atlanta, GA
       Attention: Peter Curnin
       3567 Parkway Lane, Suite 250
       Peachtree Corners, GA 30092
       Sent via Regular Mail
       Sent via email: pcurnin@allrisks.com

**Kinsale Insurance Company**
**Claims Department**
2221 Edward Holland Drive, Suite 600, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

KINSALE PRIV 000136