# State of Georgia



## COUNTY OF FULTON
## OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

**Certification Date:** 10/09/23     **Court Case Number:** 17SC153114

**Authentication Code:** GE51F-BMEM3-1KTF     **Number of Pages:** 9

I, **Che'** Alexander Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



**Official Seal of Clerk**

**Che' Alexander, Clerk**

Olufunke Ogunbunmi
Prepared by:

---

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/GE51F-BMEM3-1KTF

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



AUTHENTICATION CODE LISTED ON EACH CERTIFIED PAGE

___ Amended Sentence ___ Modified Sentence ___ Revoked 1st Offender Sentence ___ Re-Sentence

## IN THE SUPERIOR COURT OF FULTON COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA**

**vs**

**KAMARA WHEELER, BK#1707809**

**CRIMINAL ACTION #:**
**17SC153114**

**MARCH/APRIL Term of 2021**

| Clerk to complete if incomplete: |
| --- |
| OTN(s): |
| DOB:  10/03/1982 |
| GA. ID#:GA-KEY 0001354230 |

Fulton County Superior Court
***EFILED***NY
Date: 3/31/2021 9:37 PM
Cathelene Robinson, Clerk

**Final Disposition:**
**FELONY With PROBATION**

**First Offender/ Conditional Discharge entered under :**
___ O.C.G.A. § 42-8-60     ___ O.C.G.A. § 16-13-2
___ Repeat Offender as imposed below          **PLEA:**                              **VERDICT:**
___ Repeat Offender Waived       **X** **Negotiated** ___ **Non-negotiated** ___ **Jury** ___ **Non-Jury**

## The Court enters the following judgment:

| Count | Charge (as indicted or accused) | | Disposition Guilty; Not Guilty; Guilty-Alford Guilty-Lesser Incl; Nol Pros; Nolo Contendere; Dead Docket; 1st Offender;1st Offender- Alford Order | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended Commute to Time Served |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Murder | 16-5-1 | Guilty-Lesser Incl: Vol Manslaughter 16-5-2 | 20 YEARS TO SERVE | 0.00 | Concurrent with 16SC146855 |
| 2 | Felony Murder | 16-5-1 | NOL PROS | | | |
| 3 | Arson In The First Degree | 16-7-60(c) | GUILTY | 5 YEARS PROBATION | | Consecutive to Ct 1 |
| 4 | Arson In The First Degree | 16-7-60(c) | GUILTY | 5 YEARS PROBATION | | Consecutive to Ct 1 Concurrent w/Ct 3 |
| 5 | Arson In The First Degree | 16-7-60(c) | GUILTY | 5 YEARS PROBATION | | Consecutive to Ct 1 Concurrent w/Ct 3 |
| 6 | Arson In The First Degree | 16-7-60(c) | GUILTY | 5 YEARS PROBATION | | Consecutive to Ct 1 Concurrent w/Ct 3 |

The Defendant is adjudged guilty or sentenced under First Offender/Conditional Discharge for the above-
stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of

17SC153114        KAMARA WHEELER

the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary**: The Defendant is sentenced for a total of *[ 25 Years   ]*, with the first *[20 Years ]* to be served in confinement and the remainder to be served on probation; or ☐ to be served on probation.

.
The Defendant is to receive credit for time served in custody:  ☒ from *[ April 18, 2017 ]*; or ☐ as determined by the custodian.

☐  1.  The above sentence may be served on probation provided the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☒  2.  Upon service of *[ 20 Years  ]*, the remainder of the sentence may be served on probation; PROVIDED, that the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☐  3.  The Court sentences the Defendant as a recidivist under O.C.G.A.:
☐ § 17-10-7(a);  ☐ § 17-10-7(c);  ☐ §16-7-1(b);  ☐ § 16-8-14(b); or ☐ *[§ ]*

## GENERAL CONDITIONS OF PROBATION

The Defendant is subject to arrest for any violation of probation.  If probation is revoked, the Court may order incarceration.  The Defendant shall comply with the following General Conditions of Probation:  **1)** Do not violate the criminal laws of any governmental unit and be of general good behavior.  **2)** Avoid injurious and vicious habits.  **3)** Avoid persons or places of disreputable or harmful character.  **4)** Report to the Community Supervision Officer as directed and permit the Community Supervision Officer to visit you at home or elsewhere.  **5)** Work faithfully at suitable employment insofar as may be possible.  **6)** Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Community Supervision Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. **7)** Support your legal dependents to the best of your ability.  **8)** When directed, in the discretion of the Community Supervision Officer: *(a)* submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; *(b)* wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; *(c)* complete a residential or nonresidential program for substance abuse or mental health treatment; and/or *(d)* agree to the imposition of graduated sanctions as defined by the Court.  **9)** Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.
1) The Court orders that: ☐ the Defendant shall pay the probation supervision fee as required by law;
2) or  ☒  the probation supervision fee is waived.
3) If counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
4) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of *$[  ]* to County; or ☐ attorney's fees are waived.

5) The Defendant shall pay the Crime Lab Fee as required by law.

17SC153114      KAMARA WHEELER

## SPECIAL CONDITIONS OF PROBATION

The Defendant is advised that violation of any Special Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement.  The Defendant shall comply with all Special Conditions of Probation: ☐ as designated on the attached Inventory of Special Conditions of Probation:  ☒  or as follows:

- To Successfully Complete an Arson Program

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
### (If designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction for another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

Upon fulfillment of the terms of this sentence, or upon release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

*For Court's Use:*

The Hon. **MAXWELL SCHARDT,** Attorney at Law, represented the Defendant by: ☐ employment; or ☒ appointment.

**EVELYN PARKER**

Court Reporter

**SO ORDERED** this **31st day of March, 2021**

Honorable PAIGE REESE WHITAKER
Judge of Superior Court
Atlanta Judicial Circuit

17SC153114         KAMARA WHEELER

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me.  If all or any part of this sentence is probated I certify that I understand the meaning of the order of probation and the conditions of probation.  I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

_____
Defendant

17SC153114          KAMARA WHEELER

Fulton County Superior Court
***EFILED***NY
Date: 4/1/2021 9:05 AM
Cathelene Robinson, Clerk

*17CPL67191*

## INDICTMENT

17CP167191                                                        *MC*

                                                        *Schwall-EJi3*

### Clerk No. *17SC153114*

## FULTON SUPERIOR COURT

THE STATE OF GEORGIA

V.

**KAMARA WHEELER**
DA #: 17DA04031

| | |
|---|---|
| **1** | **MURDER O.C.G.A. §16-5-1** |
| **2** | **FELONY MURDER O.C.G.A. §16-5-1** |
| **3** | **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60** |
| **4** | **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60** |
| **5** | **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60** |
| **6** | **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60** |

*True* BILL

*July 14*, 20 *17*

_____
Grand Jury Foreperson

**FILED IN OFFICE**
JUL. 14 2017
_____
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

PERSONID: 1590361

**PAUL L. HOWARD, JR., District Attorney**

---

| The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads ✓ Guilty. Ct 1 Voluntary Manslaughter Guilty. Ct 2 Nol Pros; all other counts as charged | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. |
|---|---|---|
| *Kamara Wheeler* | | |
| Defendant | Defendant | Defendant |
| *Maxwell Schardt* | | |
| Attorney for Defendant | Attorney for Defendant | Attorney for Defendant |
| *Jeremy Dailey* | | |
| Assistant District Attorney | Assistant District Attorney | Assistant District Attorney |
| This 31st day of March, 2021 | This ___ day of ___, ___ | This ___ day of ___, ___ |

Signaures by S. Rosser
with permission granted

Fulton County Superior Court Certified Document    GE51F-BMEM3-1KTF    Page 6 of 9

# STATE OF GEORGIA, COUNTY OF FULTON

# IN THE SUPERIOR COURT OF SAID COUNTY

**THE GRAND JURORS,** selected, chosen and sworn for the County of Fulton, to wit:

| | | | |
|---|---|---|---|
| 1. | Brian Casner, Foreperson | 14. | Mock, Envie |
| 2. | Lee Freeman, Asst. Foreperson | 15. | Morris, Steve |
| 3. | Dana Sample, Secretary | 16. | Phillips, Ralph |
| 4. | Rachel Farmer, Asst. Secretary | 17. | Phillips, Tyler |
| 5. | Bolich, Ken | 18. | Reeves, John |
| 6. | Chalk, Robin | 19. | Rigby, Coleman |
| 7. | ~~Clark, Sharon~~ | 20. | Robinson, Dana |
| 8. | Farrell, Rochell | 21. | Stishanok, Aleksey |
| 9. | Grooms, Yvonne | 22. | Sullivan, William |
| 10. | Haugabrook, Sidney | 23. | Wyette, Tim |
| 11. | Lapworth, Paul | 24. | ~~Adams, Michael - ALT 1~~ |
| 12. | ~~Liang, Kuo Chen~~ | 25. | ~~Bokson, Quivina - ALT 2~~ |
| 13. | Linnihan, Susan | 26. | ~~Missduser, Susan - ALT 3~~ |

in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **MURDER O.C.G.A. §16-5-1,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully and with malice aforethought, cause the death of George Hughes, a human being, by burning him** -contrary to the laws of said State, the good order, peace and dignity thereof;

## COUNT 2 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **FELONY MURDER O.C.G.A. §16-5-1,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully during the commission of a felony, to wit: Arson in the First Degree, cause the death of George Hughes, a human being, as alleged in Count 3** -contrary to the laws of said State, the good order, peace and dignity thereof;

## COUNT 3 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully, by means of fire, knowingly damage Apartment I5-B, of Venetian Hill Apartments, Atlanta, the dwelling house of George Hughes, under circumstances that it was reasonably foreseeable that human life might be endangered** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 4 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully, by means of fire, knowingly damage Apartment I5-A, located within Venetian Hill Apartments, Atlanta, the dwelling house of Darnell Rivers, without the consent of said victim** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 5 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully, by means of fire, knowingly damage Apartment I5-C, located within Venetian Hill Apartments, Atlanta, the dwelling house of Roger Liddell, without the consent of said victim** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 6 of 6

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **KAMARA WHEELER** with the offense of **ARSON IN THE FIRST DEGREE O.C.G.A. §16-7-60,** for the said accused, in the County of Fulton and State of Georgia, on the **15th day of March, 2017, did unlawfully, by means of fire, knowingly damage Apartment I5-D, located within Venetian Hill Apartments, Atlanta, the dwelling house of Larry Burnett, without the consent of said victim** -contrary to the laws of said State, the good order, peace and dignity thereof.

**PAUL L. HOWARD, JR., District Attorney**

**Related Clerk No: 17CP167191**

Complaint #: 170740539

| Defendant | DA # | Booking | Race | Sex | Birthdate | OTN | Agency |
|---|---|---|---|---|---|---|---|
| WHEELER, KAMARA | 17DA04031 | | Black | Female | 10/03/1982 | | |

# WITNESS LIST

Michael Ruff
Amber Wallace
Jesse Wargo Worley
Christina A. Fields-Zinna
ATTN: Georgia Bureau Of Investigation - DoFS
3121 Panthersville RD
Decatur GA 30034-3830

Ryan David Mccormick, M.D.
ATTN: Office Of The Fulton County Medical Examiner
430 Pryor ST SW
Atlanta GA 30312-2716

CORY WILKERSON - Atlanta Fire Rescue Department

SCOTT POWELL  - Atlanta Fire Rescue Department

E. BELL - Atlanta Fire Rescue Department 08738

C. BLOCK - Atlanta Fire Rescue Department 8737

M. BROOKS - Atlanta Police Department 5629

T. BROWN - Atlanta Police Department 6081

T. CASEY - Atlanta Police Department 3081

J. CUTRER - Atlanta Fire Rescue Department 8739

C. HERBERT - Atlanta Police Department 2371

J. OLIVER - Atlanta Fire Department 1

Fulton County Superior Court Certified Document    GE51F-BMEM3-1KTF

V. PENA BARRIENTOS - Atlanta Police Department 6351

E. TEAGUE - Atlanta Police Department 1257

D. SMITH - Atlanta Police Department 4206

C. THOMAS - Atlanta Police Department 4787

J. THORPE - Atlanta Police Department 1396

J. WHITEHEAD - Atlanta Police Department 3986