IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| MARIE HUGHES, as Administrator of the Estate of GEORGE HUGHES, Deceased, and JEANETTA HUGHES CARTER, IRDEL HUGHES, MARIE HUGHES, and DON HUGHES as Surviving Heirs,<br><br>    Plaintiffs,<br><br>vs.<br><br>VENETIAN HILLS APARTMENTS, LLC and JOHN MAUGHAN,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 19A73694 |

## DEFENDANTS' NOTICE OF INTENT TO APPORTION DAMAGES

COMES NOW Defendants ("Defendants") and notify this Court and all parties that Defendants intend to assert that the following non-parties were wholly or partially at fault for the incidents that form the basis of this litigation. The negligence or intentional acts of these non-parties are the proximate and actual cause of the damages alleged. Said non-parties are:

    **(1)**    Kamara Wheeler. Ms. Wheeler's last known address is the Fulton County Jail located at 901 Rice Street, Atlanta GA 30318.

The above-named non-party was, in whole or in part, responsible for the alleged damages suffered by Plaintiff. It was the misrepresentations, negligence, malfeasance, criminal activity, and/or frauds committed by the above-named non-party which is responsible for any damages suffered by Plaintiff.

Specifically, Kamara Wheeler has been charged by the State of Georgia for the murder of George Hughes. Ms. Wheeler is believed to have set the fire at Venetian Hills Apartments which led to Mr. Hughes' death. The alleged criminal actions of Ms. Wheeler, as described in Plaintiffs'

Complaint, are the sole factual and legal cause of damages to Plaintiff, if any. As Plaintiff claims Mr. Hughes died in a fire allegedly set by Ms. Wheeler, she is wholly or partially responsible for Plaintiff's alleged damages.

Accordingly, while Defendants deny that they are liable to Plaintiff or any other party to this case in any amount whatsoever, Defendants herewith serve notice that they will seek apportionment against the above-mentioned non-parties, wholly or partially, as provided by O.C.G.A. § 51-12-33.

DATED this 8th day of July, 2019.

303 Peachtree Street NE
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(404) 614-7500 (facsimile)
bgrantham@hpylaw.com

HAWKINS PARNELL & YOUNG LLP

Bryan M Grantham
Georgia Bar No. 884163
*Counsel for Defendants*

STATE COURT OF
DEKALB COUNTY, GA.
7/8/2019 2:33 PM
E-FILED
BY: Kelly Flack

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARIE HUGHES, as Administrator of the Estate of GEORGE HUGHES, Deceased, and JEANETTA HUGHES CARTER, IRDEL HUGHES, MARIE HUGHES, and DON HUGHES as Surviving Heirs,<br><br>    Plaintiffs,<br><br>vs.<br><br>VENETIAN HILLS APARTMENTS, LLC and JOHN MAUGHAN,<br><br>    Defendants. | CIVIL ACTION FILE NO. 19A73694 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record in the foregoing matter with a copy of **DEFENDANTS' NOTICE OF INTENT TO APPORTION DAMAGES** by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed as follows:

Jeff P. Shiver
Shiver Hamilton, LLC
3340 Peachtree Road, Suite 950
Atlanta, GA 30326

DATED this 8th day of July, 2019.

HAWKINS PARNELL & YOUNG LLP

303 Peachtree Street NE
Suite 4000
Atlanta, Georgia  30308-3243
(404) 614-7400
(404) 614-7500 (facsimile)
bgrantham@hpylaw.com

Bryan M Grantham
Georgia Bar No. 884163
*Counsel for Defendants*

3

iManage 12676907v.1