IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY,   )<br>)<br>  Plaintiff,   )<br>)<br>v.   )<br>)<br>VENETIAN HILLS APARTMENTS,   )<br>LLC, JOHN MAUGHAN, and MARIE   )<br>HUGHES, as Authorized   )<br>Administrator for the Estate of   )<br>GEORGE HUGHES,   )<br>)<br>  Defendants.   ) | CIVIL ACTION FILE NO:<br>1:21-cv-03214-LMM |

## NOTICE OF STIPULATION THAT KINSALE INSURANCE COMPANY'S CLAIMS AGAINST JOHN MAUGHAN ARE NOW MOOT

Plaintiff KINSALE INSURANCE COMPANY ("Kinsale") and Defendant JOHN MAUGHAN, hereby stipulate that Kinsale's claims against in this action against John Maughan only are now moot because he was dismissed from the underlying lawsuit. Kinsale and John Maughan agree to bear their own attorneys' fees, costs, and expenses associated with this action.

This partial stipulation is strictly limited to Kinsale's claims against John Maughan and shall not affect Kinsale's remaining claims in this action

against Defendants VENETIAN HILLS APARTMENTS LLC and MARIE HUGHES.

Dated: October 11, 2023

| | |
|---|---|
| By: /s/ ANDRES CORDOVA<br>Andres Cordova<br>Florida Bar No. 0118147<br>andres.cordova@clydeco.us<br>*Admitted Pro Hac Vice*<br><br>CLYDE & CO US LLP<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida 33131<br>Telephone: (305) 446-2646<br>Fax: (305) 441-2374<br><br>*Co-Counsel for Plaintiff*<br><br>By: /s/ ERIC P. BENEDICT<br>Eric P. Benedict<br>Georgia Bar No. 890708<br>Eric.Benedict@clydeco.us<br>*Local Counsel*<br><br>CLYDE & CO US LLP<br>271 17th Street NW<br>Suite 1720<br>Atlanta, GA 30363<br>Telephone: (404) 410-3178<br><br>*Co-Counsel for Plaintiff* | By: /s/ M. RYAN DEL CAMPO<br>Matthew G. Moffett<br>Georgia State Bar No.: 515323<br>M. Ryan Del Campo<br>Georgia State Bar No.: 384618<br>Attorneys for Defendant<br>GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP<br>1700 Atlanta Plaza<br>950 East Paces Ferry Road<br>Atlanta, Georgia 30326<br>Telephone: (404) 870-1064<br>Facsimile: (404) 870-1030<br>rdelcampo@grsmb.com<br><br>*Counsel for John Maughan* |

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Bookman Antiqua, 14-point font.

/s/ ANDRES CORDOVA
ANDRES CORDOVA

## **CERTIFICATE OF SERVICE**

I CERTIFY that on October 11, 2023, this document was filed via the CM/ECF system. I further certify I am unaware of any non-CM/ECF participants.

/s/ ANDRES CORDOVA
ANDRES CORDOVA
