IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized ) <br> Administrator for the Estate of ) <br> GEORGE HUGHES, ) <br> ) <br> Defendants. | CIVIL ACTION FILE NO: <br> 1:21-cv-03214-LMM <br><br> **DISPOSITIVE MOTION** |

### KINSALE INSURANCE COMPANY'S MOTION FOR FINAL SUMMARY JUDGMENT

KINSALE INSURANCE COMPANY ("Kinsale"), pursuant to Fed. R. Civ. P. 56 and LR 56, NDGa., moves the Court for summary judgment on Count I and Count III of Kinsale's complaint. (Dkt. No. 1)

There is no genuine issue of material fact Kinsale is entitled to summary judgment on these bases, and Kinsale accordingly requests the Court enter judgment in its favor as a matter of law.

In support of this motion, Kinsale relies on the following documents filed contemporaneously with this motion:

Exhibit A   Kinsale's Brief In Support of its Motion for Final Summary

Exhibit B   Kinsale's Statement of Undisputed Material Facts in Support of its Motion For Final Summary Judgment

        Respectfully submitted,

        /s/ ANDRES CORDOVA
        Andres Cordova
        Florida Bar No. 0118247
        andres.cordova@clydeco.us
        *Admitted Pro Hac Vice*

        CLYDE & CO US LLP
        1221 Brickell Avenue, Suite 1600
        Miami, Florida 33131
        Telephone: (305) 446-2646
        Fax: (305) 441-2374
        *Counsel for Plaintiff*

        /s/ ERIC P. BENEDICT
        Eric P. Benedict
        Georgia Bar No. 890708
        Eric.Benedict@clydeco.us
        *Local Counsel*

        CLYDE & CO US LLP
        271 17th Street NW, Suite 1720
        Atlanta, Georgia 30363
        Telephone: (404) 410-3178
        *Counsel for Plaintiff*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Book Antiqua, 14-point font.

/s/ ANDRES CORDOVA
ANDRES CORDOVA

## CERTIFICATE OF SERVICE

I CERTIFY that on October 11, 2023, this document was filed via the CM/ECF system. I further certify I am unaware of any non-CM/ECF participants.

/s/ ANDRES CORDOVA
ANDRES CORDOVA