IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO: |
| | ) | 1:21-cv-03214-LMM |
| v. | ) | |
| | ) | |
| VENETIAN HILLS APARTMENTS, LLC, JOHN MAUGHAN, and MARIE HUGHES, as Authorized Administrator for the Estate of GEORGE HUGHES, | ) ) ) ) ) | |
| Defendants. | | |

### KINSALE INSURANCE COMPANY'S MOTION FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR FINAL SUMMARY JUDGMENT

KINSALE INSURANCE COMPANY ("Kinsale"), files this motion for judicial notice, and in support states:

1. On March 15, 2017, George Hughes was killed by a fire ("Fire") at the Venetian Hills Apartments complex ("Premises") in Atlanta, Georgia.

2. On July 14, 2017, the State of Georgia filed a criminal indictment against Kamara Wheeler for murder, felony murder, and four counts of arson in connection with the fire in a criminal action styled: *The State of*

*Georgia vs Kamara Wheeler*, Case No. 17SC153114, in the Superior Court of Fulton County, Georgia ("Criminal Action"). [Indictment, Dkt. No. 1-2.]

3. On March 31, 2021, Wheeler pled guilty to voluntary manslaughter under O.C.G.A. § 16-5-2, a lesser included offense of the murder count, and four counts of arson under O.C.G.A. § 16-7-60. [Guilty Plea Final Disposition Form in Criminal Action, Dkt. No. 82-6.]

4. On March 12, 2019, Marie Hughes, as authorized administrator for the Estate of George Hughes ("Estate"), filed an Underlying Lawsuit against Venetian Hills Apartments LLC that also arises from the Fire, which is styled: *Marie Hughes, as Administrator of the Estate of George Hughes, et al. vs. Venetian Hills Apartments, LLC, et al.*, Case No. 19A73694, pending in the state court of Dekalb County, Georgia ("Underlying Lawsuit").

5. Kinsale filed this action to establish it does not have a duty to defend Venetian from the Underlying Lawsuit. Among other reasons, Kinsale contends the Assault and Battery Exclusion in its insurance policy precludes coverage because the Underlying Lawsuit unquestionably involves arson, which is excluded.

6. Because the Criminal Action and the Underlying Lawsuit are key, Kinsale requests that the Court take judicial notice of both cases and all filings, including the following documents:

<u>Underlying Lawsuit</u>

a. Estate's amended complaint dated June 18, 2019 ("Underlying Complaint") [*see* Dkt. No. 1-5];

b. Transcript of Maughan Deposition in Underlying Lawsuit on December 18, 2019 [*see* Dkt. No. 81-1];

c. Transcript of Venetian Deposition in Underlying Lawsuit on July 30, 2020 [*see* Dkt. No. 81-2];

d. Transcript of Wheeler Deposition in Underlying Lawsuit [*see* Dkt. No. 81-8];

e. Venetian Response to First Set of Interrogatories in Underlying Lawsuit [*see* Dkt. No. 81-9];

f. Venetian Supplemental Response to First Set of Interrogatories in Underlying Lawsuit [*see* Dkt. No. 81-10];

g. Maughan Response to First Set of Interrogatories in Underlying Lawsuit [*see* Dkt. No. 81-11];

h. Maughan Supplemental Response to First Set of Interrogatories in Underlying Lawsuit [*see* Dkt. No. 81-12];

i. Venetian Response to First Request for Admissions in Underlying Lawsuit [*see* Dkt. No. 81-13];

j. Venetian Notice of Intent to Apportion Damages to Wheeler in the Underlying Lawsuit [*see* Dkt. No. 81-14];

k. Venetian Motion for Apportionment Ruling in the Underlying Lawsuit [*see* Dkt. No. 81-15];

l. Venetian Renewed Motion to Allow Apportionment Against Wheeler in the Underlying Lawsuit [*see* Dkt. No. 81-16.]

Criminal Action

a. Indictment against Wheeler in Criminal Action [*see* Dkt. No. 1-2];

b. Guilty Plea Final Disposition Form in Criminal Action [*see* Dkt. No. 81-6]; and

c. Transcript of Guilty Plea Proceeding [*see* Dkt. No. 81-7].

7. The Criminal Action is available on the Clerk of Court's Web site. *See* Fulton County Magistrate, State, and Superior Court Record Search, https://publicrecordsaccess.fultoncountyga.gov/Portal/Home/Dashboard/29, search Case No. "17SC153114."

8. The Underlying Lawsuit is available on the Clerk of Court's Web site. *See* Dekalb County – Judicial Information System, https://ody.dekalbcountyga.gov/portal/Home/Dashboard/29, search Case No. "19A73694."

9. Because these documents are publicly available, not in dispute and can be determined from sources whose accuracy cannot reasonably be questioned, Kinsale respectfully requests that the Court take judicial notice

of the Criminal Action, the Underlying Lawsuit, and their filings. *See* Fed. R. Evid. 201(b) (a court can take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned"). *See also Harned v. Hawkins, Parnell & Young LLC*, No. 1:22-CV-03199-ELR, 2022 WL 20689853, at *8 (N.D. Ga. Oct. 18, 2022) (taking judicial notice of pleadings and orders from state court lawsuits in Georgia); *Mt. Hawley Ins. Co. v. E. Perimeter Pointe Apartments LP*, No. 1:20-CV-3529-TWT, 2021 WL 9763362, at *3 (N.D. Ga. Aug. 25, 2021) (taking judicial notice of a complaint against the plaintiff in Illinois state court); *Zurich Am. Ins. Co. v. S.-Owners Ins.*, 314 F. Supp. 3d 1284, 1300 (M.D. Fla. 2018), *aff'd*, 770 F. App'x 1009 (11th Cir. 2019) (taking judicial notice of a state court order and state court docket); *Auto-Owners Ins. Co. v. G&D Constr. Grp., Inc.*, No. 1:21-CV-0739-SEG, 2023 WL 3641947, at *6 (N.D. Ga. Mar. 10, 2023) (taking judicial notice of the date of a hurricane as it is a fact not subject to reasonable dispute and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned).

## CONCLUSION

For the foregoing reasons, Kinsale respectfully requests that the Court grant this motion and take judicial notice of the documents and materials identified herein.

Respectfully submitted,

/s/ ANDRES CORDOVA
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
*Counsel for Plaintiff*

/s/ ERIC P. BENEDICT
Eric P. Benedict
Georgia Bar No. 890708
Eric.Benedict@clydeco.us
*Local Counsel*

CLYDE & CO US LLP
271 17th Street NW
Suite 1720
Atlanta, GA 30363
Telephone: (404) 410-3178
*Counsel for Plaintiff*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Book Antiqua, 14-point font.

/s/ANDRES CORDOVA
ANDRES CORDOVA

## CERTIFICATE OF SERVICE

I CERTIFY that on October 11, 2023, this document was filed via the CM/ECF system. I further certify I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
ANDRES CORDOVA
