# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 1:21-cv-03214-LMM |

## DEFENDANTS VENETIAN HILLS APARTMENTS, LLC'S AND JOHN MAUGHAN'S NOTICE OF JOINDER

COME NOW Defendants Venetian Hills Apartments, LLC and John Maughan (these "Defendants") and hereby provide notice to the Court and all parties that they join in *Defendant Hughes' Response in Opposition to Plaintiff's Motion for Judicial Notice*. These Defendants adopt the analysis and argument set forth by Defendant Hughes in Doc. No. 85, incorporating it by reference herein as if set forth in its entirety below.

Respectfully submitted this 25th day of October, 2023.

- 2 -

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ M.Ryan Del Campo* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.:  515323 |
| Atlanta, Georgia 30326 | M.Ryan Del Campo |
| Telephone:   (404) 870-1064 | Georgia State Bar No.: 384618 |
| Facsimile:   (404) 870-1030 | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing *NOTICE OF JOINDER* with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

| | |
|---|---|
| **Junaid N. Savani, Esq.** | **Jeff P. Shiver, Esq.** |
| **CLYDE & CO US LLP** | **Shiver Hamilton, LLC** |
| **1221 Brickell Avenue** | **One Securities Centre** |
| **Suite 1600** | **3490 Piedmont Rd NE** |
| **Miami, FL 33131** | **Suite 640** |
| | **Atlanta, GA 30305** |

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this  25th  day of  October , 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**           */s/ M.Ryan Del Campo*
950 East Paces Ferry Road, N.E.          Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta    Georgia State Bar No.:  515323
Atlanta, Georgia 30326                   M. Ryan Del Campo
Telephone:  (404) 870-1064               Georgia State Bar No.: 384618
Facsimile:   (404) 870-1030              *Attorneys for Defendants*