IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:21-cv-03214-LMM |
| VENETIAN HILLS APARTMENTS, LLC; JOHN MAUGHAN; and MARIE HUGHES, *as administrator of the estate of* George Hughes, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This case comes before the Court on Plaintiff's stipulation that its claims against Defendant John Maughan are moot. Dkt. No. [82]. Because no response to the stipulation has been filed, the Court adopts the stipulation.

Defendant John Maughan is **DISMISSED** from this action, with Plaintiff and Mr. Maughan to bear their own attorneys' fees, costs, and expenses. This Order shall not affect Plaintiff's claims against the remaining defendants.

**IT IS SO ORDERED** this 26th day of October, 2023.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE