GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.
ATTORNEYS AT LAW
950 EAST PACES FERRY ROAD, N.E.
SUITE 1700 – SALESFORCE TOWER ATLANTA
ATLANTA, GEORGIA 30326
(404) 870-7390 (Telephone)
(404) 870-7374 (Facsimile)
mmoffett@grsmb.com (E-mail)

November 1, 2023

Honorable Leigh Martin May
ATTN: Brittany Poley, Courtroom Deputy Clerk
2167 United States Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

    Re:    Kinsale Insurance Company v. Venetian Hills Apartments, LLC, et al.
               USDC N.D.G.A. Civil Action File No. 1:21-cv-03214-LMM

Dear Ms. Poley:

Pursuant to Local Rule 83.1E(4), regarding leaves of absence for less than 21 days, the undersigned, as lead counsel in the above-referenced matter, respectfully requests that this case not be calendared during the periods set forth below as I will be away from the practice of law during this time.

| | |
|---|---|
| January 8-12, 2024; | February 12-16, 2024; and |
| February 2, 2024; | February 19, 2024. |
| February 5-9, 2024; | |

                                          Very truly yours,

                                          */s/ Matthew G. Moffett*
                                          Matthew G. Moffett
                                          Georgia Bar No. 515323

cc:    Counsel of Record, via CM/ECF