# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 1:21-cv-03214-LMM |

## DEFENDANTS VENETIAN HILLS APARTMENTS, LLC'S NOTICE OF JOINDER

COMES NOW Defendant Venetian Hills Apartments, LLC (this "Defendant") [1] and hereby provides notice to the Court and all parties that it joins in *Defendant Hughes' Response in Opposition to Plaintiff's Motion for Summary Judgment* and *Defendant Hughes' Response to Plaintiff's Statement of Undisputed Material Facts*. This Defendant adopts the analysis, argument, and factual statements set forth by Defendant Hughes in said documents, incorporating each by reference herein as if set forth in its entirety below.

---

[1] Former Defendant John Maughan was dismissed from this action by Order of this Court dated October 26, 2023 (Doc. 87) and upon consent of the parties, and thus does not join in this Notice of Joinder or otherwise respond to Plaintiff's Motion.

- 2 -

Respectfully submitted this 1st day of November, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**             */s/ M. Ryan Del Campo*
950 East Paces Ferry Road, N.E.            Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta      Georgia State Bar No.:  515323
Atlanta, Georgia 30326                     M. Ryan Del Campo
Telephone:  (404) 870-1064                 Georgia State Bar No.: 384618
Facsimile:   (404) 870-1030                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing ***NOTICE OF JOINDER*** with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

|  |  |
|---|---|
| Junaid N. Savani, Esq.<br>**CLYDE & CO US LLP**<br>1221 Brickell Avenue<br>Suite 1600<br>Miami, FL 33131 | Jeff P. Shiver, Esq.<br>Darrell W. Hinson, Esq.<br>**SHIVER HAMILTON, LLC**<br>One Securities Centre<br>3490 Piedmont Rd NE<br>Suite 640<br>Atlanta, GA 30305 |

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this 1st day of November, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,**<br>**MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road, N.E.<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone:  (404) 870-1064<br>Facsimile:   (404) 870-1030 | */s/ M. Ryan Del Campo*<br>Matthew G. Moffett<br>Georgia State Bar No.:  515323<br>M. Ryan Del Campo<br>Georgia State Bar No.: 384618<br>*Attorneys for Defendants* |