# EX. C: DESIGNATED PREMISES

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO DESIGNATED PROJECT OR PREMISES

| Attached To and Forming Part of Policy 0100040031-0 | Effective Date of Endorsement 06/22/2016 12:01AM at the Named Insured address shown on the Declarations | Named Insured Venetian Hills Apartments |
|---|---|---|
| Additional Premium: $0 | | Return Premium: $0 |

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE**

**SCHEDULE**

| Premises: | |
|---|---|
| 1 | 1829 Campbellton Rd, Atlanta, GA 30311 |
| 2 | 1390 Piedmont Rd, Atlanta, GA 30305 |

| Projects: |
|---|

**(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this policy)**

This insurance applies only to "bodily injury", "property damage" and "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule above;
2. The project shown in the Schedule above.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.