# EX. D: FAILURE TO MAINTAIN

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSIONS - EVICTION AND FAILURE TO MAINTAIN

| Attached To and Forming Part of Policy 0100040031-0 | Effective Date of Endorsement 06/22/2016 12:01AM at the Named Insured address shown on the Declarations | Named Insured Venetian Hills Apartments |
|---|---|---|
| Additional Premium: $0 | Return Premium: $0 | |

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

The following exclusions are added to this policy:

This insurance does not apply to any claim or "suit" for "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of, related to, or, in any way involving:

1. Any actual or alleged violation, whether or not intended to cause injury or damage, of:
    a. The California Civil Code Section 1941-1941.1 inclusive;
    b. The California Civil Code Section 1942.4 inclusive;
    c. The California Health and Safety Code Section 17920-17928 inclusive;
    d. The California Mobile Home Residency Law (California Civil Code Sections 798 through 799.5 inclusive);
    e. The California Mobile Home Parks Act (California Health & Safety Code Sections 18200 through 18700, inclusive);
    f. Any Housing and Urban Development laws, ordinances or statutes;
    g. Any rent stabilization laws or ordinances;
    h. Any federal, state or local government subsidized program rules or regulations; or
    i. Any administrative rules or regulations pertaining to a. through h. above, including but not limited to those promulgated by local authorities.

2. Any failure to maintain any premises in, or restore any premises to a safe, sanitary, healthy, habitable and tenantable condition;

3. Eviction of, threat to evict or failure to evict any tenant or occupant of any property.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

CAS3103 0815                                                                                       Page 1 of 1