# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized ) <br> Administrator for the Estate of ) <br> GEORGE HUGHES, ) <br> ) <br> Defendants. | CIVIL ACTION FILE NO: <br> <u>1:21-cv-03214-LMM</u> <br><br> **UNOPPOSED MOTION** |

## KINSALE INSURANCE COMPANY'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR ITS SUMMARY JUDGMENT REPLY BY 7 DAYS

KINSALE INSURANCE COMPANY ("Kinsale"), pursuant to Fed. R. Civ. P. 16(b)(4), files this <u>Unopposed</u> Motion to Extend the Deadline for its Summary Judgment Reply by 7 days, and for good cause states:

1. On October 11, 2023, Kinsale filed its pending motion for final summary judgment. [Dkt. No. 83.]

2. On November 1, 2023, Defendant Marie Hughes filed a response in opposition to Kinsale's motion for final summary judgment. [Dkt. No. 90.]

In its response, Hughes also requested summary judgment under Fed. R. Civ. P. 56(f)(1).

3. November 15, 2023 is the current deadline for Kinsale's summary judgment reply and Kinsale's responses, if any, to Hughes's statement of additional material facts and Hughes's request for summary judgment under Fed. R. Civ. P. 56(f)(1).

4. Undersigned counsel has been working diligently but nevertheless requires and requests a first and final 7-day extension to <u>November 22, 2023</u> for Kinsale's summary judgment reply and Kinsale's responses, if any, to Hughes's statement of additional material facts and Hughes's request for summary judgment under Fed. R. Civ. P. 56(f)(1).

5. Kinsale respectfully submits there is good cause for granting this motion. Undersigned counsel has been working diligently on Kinsale's summary judgment motion, but nevertheless requires a brief extension of time because the press of business has been, and will continue to be, exceptionally unrelenting over the next couple months. Indeed, undersigned counsel has the following conflicting deadlines for other litigation matters:

November 1: Mediation

>November 2: Motion for default judgment deadline
>November 3: Deposition
>November 6: Deadline to file fact witness, expert witness, and exhibit lists; Hearing
>November 7: Hearing
>November 9: Depositions (cancelled after days of preparation)
>November 13: Hearing
>November 17: Deposition; Discovery deadline
>November 21: Discovery deadline; Witness and exhibit lists
>November 24: Dispositive motion deadline
>November 28: Dispositive motion deadline
>November 29: Dispositive motion deadline
>December 6: Pre-trial Attorney Meeting
>December 21: Pretrial conference
>January 5: Jury selection
>January 8: Jury trial

6. Over the last week, undersigned counsel also missed nearly two works days for a doctor's appointment, long-planned travel arrangements, and to care for his children because the undersigned's sister-in-law gave birth.

7. Undersigned counsel conferred with defendants' counsel, who do not oppose this motion.

8. Under the circumstances, Kinsale respectfully requests an order extending the deadline for Kinsale's summary judgment reply and Kinsale's responses, if any, to Hughes's statement of additional material facts and

Hughes's request for summary judgment under Fed. R. Civ. P. 56(f)(1) to <u>November 22, 2023</u>.

9. Attached as Exhibit "A" is a proposed order granting this motion.

Respectfully submitted,

/s/ ANDRES CORDOVA
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
*Counsel for Plaintiff*

/s/ ERIC P. BENEDICT
Eric P. Benedict
Georgia Bar No. 890708
Eric.Benedict@clydeco.us
*Local Counsel*

CLYDE & CO US LLP
271 17th Street NW
Suite 1720
Atlanta, GA 30363
Telephone: (404) 410-3178
*Counsel for Plaintiff*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Book Antiqua 14-point font.

/s/ANDRES CORDOVA
ANDRES CORDOVA

## CERTIFICATE OF SERVICE

I CERTIFY that on November 10, 2023, this document was filed via the CM/ECF system. I further certify I am unaware of any non-CM/ECF participants.

/s/ANDRES CORDOVA
ANDRES CORDOVA