## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                           CASE NO: 1:21-cv-03214-LMM

VENETIAN HILLS APARTMENTS, LLC,
JOHN MAUGHAN, and MARIE HUGHES,
as Authorized Administrator for the Estate of
GEORGE HUGHES,

    Defendants.

_____/

### ORDER GRANTING KINSALE INSURANCE COMPANY'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR ITS SUMMARY JUDGMENT REPLY BY 7 DAYS

This cause came before the Court on Kinsale Insurance Company's Unopposed Motion to Extend the Deadline for its Summary Judgment Reply by 7 days. After due consideration, the Court enters the following order:

The motion is **GRANTED**. The deadline for Kinsale's summary judgment reply and Kinsale's responses, if any, to Hughes's statement of additional material facts and Hughes's request for summary judgment under Fed. R. Civ. P. 56(f)(1) is extended by 7 days to November 22, 2023.

IT IS SO ORDERED this _____ day of November, 2023.

_____
Leigh Martin May
United States District Judge