IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KINSALE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:21-cv-03214-LMM |
| | : | |
| VENETIAN HILLS APARTMENTS, LLC; JOHN MAUGHAN; and MARIE HUGHES, *as administrator of the estate of* George Hughes, | : : : : | |
| | : | |
| Defendants. | : | |

# **ORDER**

This case is before the Court on Plaintiff's unopposed motion for extension of time to file a reply in support of its motion for summary judgment. Dkt. No. [91]. After due consideration, the motion is **GRANTED**, and Plaintiff shall have through November 22, 2023, to file the reply.

In its motion for extension of time, Plaintiff also brought to the Court's attention a paragraph in the response brief in which Defendant Marie Hughes requested summary judgment. The request for summary judgment does not comply with Rule 56 of the Federal Rules of Civil Procedure or with Rules 7.1(A)(1) and 56.1 of the Local Rules of this Court. Accordingly, Hughes's

request for summary judgment will not be recognized by the Court as a motion, and Plaintiff therefore need not respond to it.

Although Defendants have not shown good cause for amending the scheduling order in this action, the Court shall exercise its case-management power to extend the deadline for filing dispositive motions. Should a defendant have a good-faith basis for filing a motion for summary judgment, it may do so within **14 days** of the entry of this Order.

**IT IS SO ORDERED** this 13th day of November, 2023.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE