IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized Administrator ) <br> for the Estate of GEORGE HUGHES, ) <br> ) <br> Defendants. | CIVIL ACTION FILE NO: <br> 1:21-cv-03214-LMM |

**KINSALE INSURANCE COMPANY'S NOTICE OF FILING SUPPLEMENTAL EXHIBIT IN SUPPORT OF MOTION FOR FINAL SUMMARY JUDGMENT**

Plaintiff, KINSALE INSURANCE COMPANY, provides notice of filing of a supplemental exhibit in support of its motion for final summary judgment [Dkt. No. 83], as follows:

Exhibit 1     Policy Declarations with Unredacted Premium

                                        Respectfully submitted,

                                      /s/ ANDRES CORDOVA
                                      Andres Cordova
                                      Florida Bar No. 0118147
                                      andres.cordova@clydeco.us
                                      *Admitted Pro Hac Vice*
                                      CLYDE & CO US LLP
                                      1221 Brickell Avenue, Suite 1600
                                      Miami, Florida 33131
                                      Telephone: (305) 446-2646

> Fax: (305) 441-2374
> *Counsel for Plaintiff*
>
> /s/ ERIC P. BENEDICT
> Eric P. Benedict
> Georgia Bar No. 890708
> Eric.Benedict@clydeco.us
> *Local Counsel*
>
> CLYDE & CO US LLP
> 271 17th Street NW
> Suite 1720
> Atlanta, GA 30363
> Telephone: (404) 410-3178
> *Counsel for Plaintiff*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(B). It is prepared in Bookman Antiqua, 13-point font.

> /s/ ANDRES CORDOVA
> ANDRES CORDOVA

## CERTIFICATE OF SERVICE

I CERTIFY that on November 22, 2023, this document was filed via the CM/ECF system. I further certify I am unaware of any non-CM/ECF participants.

> /s/ ANDRES CORDOVA
> ANDRES CORDOVA