# EXHIBIT "A"

KINSALE INSURANCE COMPANY
2221 Edward Holland Drive, Suite 600
Richmond, Virginia 23230

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | 0100040031-0 |
| **Producer Number:** | 10005 |
| **Name and Address:** | All Risks, Ltd. - Norcross, GA |
| | 275 Scientific Drive, Suite 1500 |
| | Norcross, GA 30092 |

| | |
|---|---|
| **NAMED INSURED:** | Venetian Hills Apartments |
| | Westcroft Apartments |
| **MAILING ADDRESS:** | c/o |
| | 3020 Big Creek Ct |
| | Alpharetta, GA 30005 |
| **POLICY PERIOD:** | FROM 06/22/2016 TO 06/22/2017 at 12:01 AM at the address of the named insured as shown above. |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---:|---|
| Each Occurrence Limit | $1,000,000 | |
| Damages to Premises Rented to You Limit | $100,000 | Any one premises |
| Medical Expense Limit | Excluded | Any one person |
| Personal & Advertising Injury Limit | $1,000,000 | Any one person or organization |
| General Aggregate Limit | $2,000,000 | |
| Products / Completed Operations Aggregate Limit | $2,000,000 | |

| DESCRIPTION OF BUSINESS | |
|---|---|
| DESCRIPTION OF OPERATIONS: | Apartment Complexes |
| Business Type: | Corporation |

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOCATION | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| 1 | 1829 Campbellton Rd, Atlanta, GA 30311 |
| 2 | 1390 Piedmont Rd, Atlanta, GA 30305 |

| CLASSIFICATION AND PREMIUM | | | | | |
|---|---|---|---|---|---|
| CLASS CODE | CLASS DESCRIPTION | BASIS OF PREMIUM | EXPOSURE | RATE | PREMIUM |
| 60010.01 | Apartment Buildings | per Unit | 123 | 97.5610 | $12,000 |
| 48925.01 | Swimming Pools - Not Otherwise Classified | per Swimming Pool | 1 | 500.0000 | $500 |

| | |
|---|---:|
| TOTAL PREMIUM (MINIMUM AND DEPOSIT): | $12,500 |
| COMPANY FEE: | $300 |
| **TOTAL PAYABLE AT INCEPTION:** | **$12,800** |

| POLICY SUBJECT TO AUDIT | N | AUDIT PERIOD: | Not Applicable |
|---|---|---|---|

CAS1000 0110          Includes Material © Insurance Services Office, Inc., 2000          Page 1 of 2