# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br>Plaintiff,<br><br>vs.<br><br>VENETIAN HILLS APARTMENTS, LLC, et al,<br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-03214-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Plaintiff's Unopposed Motion for Entry of Partial Final Judgment, and court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered in favor of Defendants only as to Plaintiff's duty-to-defend claims. The aforesaid judgment is Certified as final judgment with an immediate right of appeal as set forth in the Court's June 7, 2024 Order pursuant to Federal Rule of Civil Procedure 54(b).

Dated at Atlanta, Georgia, this 6th day of August, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ T. Tran
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 6, 2024
Kevin P. Weimer
Clerk of Court

By:  s/ T. Tran

    Deputy Clerk