# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENETIAN HILLS APARTMENTS, ) <br> LLC, JOHN MAUGHAN, and MARIE ) <br> HUGHES, as Authorized ) <br> Administrator for the Estate of ) <br> GEORGE HUGHES, ) <br> ) <br> Defendants. | CIVIL ACTION FILE NO: <br> <u>1:21-cv-03214-LMM</u> |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Plaintiff KINSALE INSURANCE COMPANY ("Kinsale") hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Judgment dated August 6, 2024 [Dkt. No. 107], which certified as final under Federal Rule of Civil Procedure 54(b) the Court's summary-judgment order dated June 7, 2024 [Dkt. No. 98], and entered judgment on Kinsale's duty-to-defend claims. *See* Order Granting Partial Final Judgment [Dkt. No. 106]. This notice of appeal is timely pursuant to Federal Rule of Appellate Procedure 4(a)(1). Kinsale gives notice that it is appealing all adverse rulings contained therein.

1

Respectfully submitted,

/s/ JONATHAN D. HACKER
Jonathan D. Hacker
Washington D.C. Bar No. 456553
jhacker@omm.com
*Admitted Pro Hac Vice*

/s/ JOSHUA REVESZ
Joshua Revesz
Washington D.C. Bar No. 1616617
jrevesz@omm.com
*Admitted Pro Hac Vice*

**O'MELVENY & MYERS LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
*Counsel for Plaintiff*

/s/ ANDRES CORDOVA
Andres Cordova
Florida Bar No. 0118147
andres.cordova@clydeco.us
*Admitted Pro Hac Vice*

**CLYDE & CO US LLP**
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
*Counsel for Plaintiff*

/s/ ERIC P. BENEDICT
Eric P. Benedict
Georgia Bar No. 890708
Eric.Benedict@clydeco.us
*Local Counsel*

**CLYDE & CO US LLP**
271 17th Street NW
Suite 1720
Atlanta, GA 30363
Telephone: (404) 410-3178
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that on August 27, 2024, this document was filed via the CM/ECF system. I further certify I am unaware of any non-CM/ECF participants.

/s/ Jonathan D. Hacker
Jonathan D. Hacker
Washington D.C. Bar No. 456553

**O'Melveny & Myers LLP**
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
jhacker@omm.com
*Counsel for Plaintiff*